# Exhibit "A"

<u>FROM THE DESK OF</u>
SANDRA DRESSLER

July 1, 2017

Department of Education / Navient
123 Justison Street, 3rd Floor
Wilmington, DE 19801

**RE:** Alleged Account #: <u>085655572</u>   Certified Mail Receipt:<u> 7014 2120 0003 3252 2989</u>

**NOTICE OF DISPUTE: DEMAND FOR VALIDATION AND PROOF OF CLAIM**

To whom it may concern,

Be advised this is not a refusal to pay, but a notice that your claim is disputed and validation is requested. Under the Fair Debt collection Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you. I am requesting proof that I am indeed the party you are asking to pay this debt, and there is some contractual obligation that is binding on me to pay this debt.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION and PROOF OF CLAIM made pursuant to FDCPA (Validation of Debt) 15 USC 1692g Sec. 809 (b) of the FDCPA. I respectfully request that your offices provide me with competent evidence as per the attached "Declaration and Proof of Claim" that I have any legal obligation to pay you the unsubstantiated debt. Furthermore, you shall cease all verbal communication. No phone calls to the claimant. Your offices have 30 days to produce the required documentation in accordance with FTC guidelines.

It is not now, nor has it ever been, my intention to avoid paying any obligation that is lawfully owed by the Claimant. If your office fails to respond to this validation and proof of claim request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from Claimant's credit file and a copy of such deletion request be sent to the Claimant immediately.

At this time I will also inform you that if your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, Trans Union), this action might constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found or continues to report on any of my credit reports by your company or the company you represent, I will not hesitate in bringing legal action against you for the following: Violation of the Fair Debt Collection Practices Act and Defamation of Character.

I am sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

If your offices are able to provide the proper documentation as requested in the following declaration, I will require 30 days to investigate this information and during such time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with legal counsel for suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. If your offices fail to respond to this validation request within 30 days from the date of your receipt, all

references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

It would be advisable that you assure that your records are in order before I am forced to take legal action.

>   CREDITOR/DEBT COLLECTOR DECLARATION Please provide the following:
>   • Agreement with your client that grants you the authority to collect on this alleged debt, or other verifiable proof that debtor/clamant has a contractual obligation to pay debt collector.
>   • Agreement - Promissory Note redacting my social security number to prevent identity theft, that bears the signature of the alleged debtor wherein he/she agreed to pay the creditor.
>   • Any insurance claims been made by any creditor regarding this account.
>   • Any Judgments obtained by any creditor regarding this account.
>   • Name and address of alleged creditor.
>   • Name on file of alleged debtor.
>   • Alleged account number.
>   • Address on file for alleged debtor.
>   • Amount of alleged debt.
>   • Date this alleged debt became payable.
>   • Date of original charge off or delinquency.
>   • Verification that this debt was assigned or sold to collector.
>   • Complete accounting of alleged debt.
>   • Commission for debt collector if collection efforts are successful.
>   • Produce the account and general ledger statement showing the full accounting of the alleged obligation that you are now attempting to collect. Such as; FR 2046 balance sheet (OMB #'s 2046, 2049, 2099), 1099 OID report, S-3/A registration statement, 424-B5 prospectus, RC-S & RC-B call schedules – A complete payment history documented from original creditor. This requirement was established by the case – *Fields v. Wilber Law Firm, Donald L. Wilber and Kenneth Wilber, USCA-02-C-0072, 7th Circuit Court, Sept 2004.*
>   • Verified specifically, **name(s)** of **person(s) assigned as Trustee** to handle Corporations affairs **and to be held accountable for the actions of the Corporation.** Such as CFO and subordinates responsible for debt collections.
>   • Verify as a third party debt collector, you have not purchased evidence of the alleged debt and are proceeding with collection activity in the name of the original maker of the note.
>   • Provide verification from the stated creditor that you are authorized to act for them.

Please provide the name and address of the bonding agent for collection agency in case legal action becomes necessary. Your claim cannot and WILL NOT be considered if any portion of the above is not completed and returned with copies of all requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please allow 30 days for processing after I receive this information back.

Best Regards,

*Sandra Dressler*

Sandra Dressler

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEPT OF EDUCATION
   NAVIENT
   123 JUSTISON ST.
   3RD FLOOR
   WILMINGTON, DE
   19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature: Chris Gilbert]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Annie F Gilbert
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Priority Mail Express
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 2120 0003 3252 2989

PS Form 3811, July 2013   Domestic Return Receipt

FROM THE DESK OF
SANDRA DRESSLER

July 1, 2017

Florida Department of Education
c/o Levis Hughes
325 W. Gaines Street
Tallahassee, FL 32399-0400

RE: Alleged Account #: 085655572    Certified Mail Letter: 7014 2120 0003 3252 2972

NOTICE OF DISPUTE: DEMAND FOR VALIDATION AND PROOF OF CLAIM

To whom it may concern,

Be advised this is not a refusal to pay, but a notice that your claim is disputed and validation is requested. Under the Fair Debt collection Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you. I am requesting proof that I am indeed the party you are asking to pay this debt, and there is some contractual obligation that is binding on me to pay this debt.

This letter is being sent to you in response to a computer generated, unsigned letter dated: 6/5/2017 received by claimant from your offices. This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION and PROOF OF CLAIM made pursuant to FDCPA (Validation of Debt) 15 USC 1692g Sec. 809 (b) of the FDCPA. I respectfully request that your offices provide me with competent evidence as per the attached "Declaration and Proof of Claim" that I have any legal obligation to pay you the unsubstantiated debt. Furthermore, you shall cease all verbal communication. No phone calls to the claimant. Your offices have 30 days to produce the required documentation in accordance with FTC guidelines.

It is not now, nor has it ever been, my intention to avoid paying any obligation that is lawfully owed by the Claimant. If your office fails to respond to this validation and proof of claim request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from Claimant's credit file and a copy of such deletion request be sent to the Claimant immediately.

At this time I will also inform you that if your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, Trans Union), this action might constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found or continues to report on any of my credit reports by your company or the company you represent, I will not hesitate in bringing legal action against you for the following: Violation of the Fair Debt Collection Practices Act and Defamation of Character.

I am sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

If your offices are able to provide the proper documentation as requested in the following declaration, I will require 30 days to investigate this information and during such time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with legal counsel for suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. If your

3823 SE 11TH PLACE, CAPE CORAL, FLORIDA 33904 • (239) 634.8247

offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

It would be advisable that you assure that your records are in order before I am forced to take legal action.

CREDITOR/DEBT COLLECTOR DECLARATION Please provide the following:
- Agreement with your client that grants you the authority to collect on this alleged debt, or other verifiable proof that debtor/claimant has a contractual obligation to pay debt collector.
- Agreement - Promissory Note redacting my social security number to prevent identity theft, that bears the signature of the alleged debtor wherein he/she agreed to pay the creditor.
- Any insurance claims been made by any creditor regarding this account.
- Any Judgments obtained by any creditor regarding this account.
- Name and address of alleged creditor.
- Name on file of alleged debtor.
- Alleged account number.
- Address on file for alleged debtor.
- Amount of alleged debt.
- Date this alleged debt became payable.
- Date of original charge off or delinquency.
- Verification that this debt was assigned or sold to collector.
- Complete accounting of alleged debt.
- Commission for debt collector if collection efforts are successful.
- Produce the account and general ledger statement showing the full accounting of the alleged obligation that you are now attempting to collect. Such as; FR 2046 balance sheet (OMB #'s 2046, 2049, 2099), 1099 OID report, S-3/A registration statement, 424-B5 prospectus, RC-S & RC-B call schedules – A complete payment history documented from original creditor. This requirement was established by the case - *Fields v. Wilber Law Firm, Donald L. Wilber and Kenneth Wilber*, USCA-02-C-0072, 7th Circuit Court, Sept 2004.
- Verified specifically, **name(s)** of **person(s) assigned as Trustee** to handle Corporations affairs **and to be held accountable for the actions of the Corporation**. Such as CFO and subordinates responsible for debt collections.
- Verify as a third party debt collector, you have not purchased evidence of the alleged debt and are proceeding with collection activity in the name of the original maker of the note.
- Provide verification from the stated creditor that you are authorized to act for them.

Please provide the name and address of the bonding agent for collection agency in case legal action becomes necessary. Your claim cannot and WILL NOT be considered if any portion of the above is not completed and returned with copies of all requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please allow 30 days for processing after I receive this information back.

Best Regards,

*Sandra Dressler*

Sandra Dressler

3823 SE 11TH PLACE, CAPE CORAL, FLORIDA 33904 • (239) 634.8247

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Florida Dept of Education
   c/o Lewis Hughes
   325 W. Gaines Street
   Tallahassee, FL
   32399-0400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Mel —     ☐ Agent
               ☒ Addressee

B. Received by (Printed Name): Mel

C. Date of Delivery: 7/6/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7014 2120 0003 3252 2972

PS Form 3811, July 2013          Domestic Return Receipt

FROM THE DESK OF
SANDRA DRESSLER

July 1, 2017

ECMC
111 Washington Avenue South
Attention: Customer Service
Suite 1400
Minneapolis, MN 55401

RE: Alleged Account #: <u>786055</u>     Certified Mail Letter: <u>7014 2120 0003 3252 2965</u>

**NOTICE OF DISPUTE: DEMAND FOR VALIDATION AND PROOF OF CLAIM**
**IE: NOTIFICATION OF REPORT TO CONSUMER CREDIT REPORTING AGENCIES**

To whom it may concern,

Be advised this is not a refusal to pay, but a notice that your claim is disputed and validation is requested. Under the Fair Debt collection Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you. I am requesting proof that I am indeed the party you are asking to pay this debt, and there is some contractual obligation that is binding on me to pay this debt.

This letter is being sent to you in response to a computer generated, unsigned letter dated: 6/16/2017 received by claimant from your offices. This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION and PROOF OF CLAIM made pursuant to FDCPA (Validation of Debt) 15 USC 1692g Sec. 809 (b) of the FDCPA. I respectfully request that your offices provide me with competent evidence as per the attached "Declaration and Proof of Claim" that I have any legal obligation to pay you the unsubstantiated debt. Furthermore, you shall cease all verbal communication. No phone calls to the claimant. Your offices have 30 days to produce the required documentation in accordance with FTC guidelines.

It is not now, nor has it ever been, my intention to avoid paying any obligation that is lawfully owed by the Claimant. If your office fails to respond to this validation and proof of claim request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from Claimant's credit file and a copy of such deletion request be sent to the Claimant immediately.

At this time I will also inform you that if your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, Trans Union), this action might constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found or continues to report on any of my credit reports by your company or the company you represent, I will not hesitate in bringing legal action against you and your client for the following: Violation of the Fair Debt Collection Practices Act and Defamation of Character.

I am sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

If your offices are able to provide the proper documentation as requested in the following declaration, I will require 30 days to investigate this information and during such time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with legal counsel for suit. This includes any listing

3823 SE 11TH PLACE, CAPE CORAL, FLORIDA 33904 • (239) 634.8247

of any information to a credit-reporting repository that could be inaccurate or invalidated. If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

It would be advisable that you and your client assure that your records are in order before I am forced to take legal action.

> CREDITOR/DEBT COLLECTOR DECLARATION Please provide the following:
> - Agreement with your client that grants you the authority to collect on this alleged debt, or other verifiable proof that debtor/clamant has a contractual obligation to pay debt collector.
> - Agreement - Promissory Note redacting my social security number to prevent identity theft, that bears the signature of the alleged debtor wherein he/she agreed to pay the creditor.
> - Any insurance claims been made by any creditor regarding this account.
> - Any Judgments obtained by any creditor regarding this account.
> - Name and address of alleged creditor.
> - Name on file of alleged debtor.
> - Alleged account number.
> - Address on file for alleged debtor.
> - Amount of alleged debt.
> - Date this alleged debt became payable.
> - Date of original charge off or delinquency.
> - Verification that this debt was assigned or sold to collector.
> - Complete accounting of alleged debt.
> - Commission for debt collector if collection efforts are successful.
> - Produce the account and general ledger statement showing the full accounting of the alleged obligation that you are now attempting to collect. Such as; FR 2046 balance sheet (OMB #'s 2046, 2049, 2099), 1099 OID report, S-3/A registration statement, 424-B5 prospectus, RC-S & RC-B call schedules – A complete payment history documented from original creditor. This requirement was established by the case – *Fields v. Wilber Law Firm, Donald L. Wilber and Kenneth Wilber, USCA-02-C-0072, 7th Circuit Court, Sept 2004.*
> - Verified specifically, **name(s)** of **person(s) assigned as Trustee** to handle Corporations affairs **and to be held accountable for the actions of the Corporation.** Such as CFO and subordinates responsible for debt collections.
> - Verify as a third party debt collector, you have not purchased evidence of the alleged debt and are proceeding with collection activity in the name of the original maker of the note.
> - Provide verification from the stated creditor that you are authorized to act for them.

Please provide the name and address of the bonding agent for collection agency in case legal action becomes necessary. Your claim cannot and WILL NOT be considered if any portion of the above is not completed and returned with copies of all requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please allow 30 days for processing after I receive this information back.

Best Regards,

*Sandra Dressler*

Sandra Dressler
cc Federal Trade Commission

3823 SE 11TH PLACE, CAPE CORAL, FLORIDA 33904 • (239) 634.8247

