# Exhibit "D"

P.O. Box 500
Horseheads, NY 14845

**PIONEER**
Credit Recovery, Inc.
Phone: 1-800-448-3531
Fax: 1-800-533-8088

01001I
02/17/2018

Correspondence Address:
Pioneer Credit Recovery, Inc.
PO Box 500
Horseheads, NY 14845

226933 0219 001767 003493 000001/000002 6987-6990

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M.– 12:00P.M.



SANDRA K DRESSLER
3823 SE 11TH PL APT 1
CAPE CORAL, FL 33904-5113

RE: SANDRA K DRESSLER
Amount Due: $6,657.72
Taxpayer Authentication Number: 5289955159
Taxpayer Identification Number: 8565

## DELINQUENT TAX NOTIFICATION

Dear SANDRA K DRESSLER:

The Internal Revenue Service (IRS) placed your past due tax obligation with Pioneer Credit Recovery, Inc. (PCR), a private collection agency. You can verify Pioneer's name, address, and authority to collect this tax obligation under contract with the IRS by visiting www.irs.gov.

**A listing of your past due tax obligations is included with this notice. You are responsible to repay this past due tax, including any accrued interest and penalty charges.**

Below, please find options to resolve your tax obligation:
- Submit payment using an immediate payment method listed on the enclosed *Payment Options* instructions. Pay online, by phone or using your mobile device and get instant confirmation that your payment has been submitted.

- If you can't pay the amount due immediately, or have questions about the payment options, contact our office at **1-800-448-3531** to establish a repayment agreement to satisfy your tax obligation.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**If you notify us, either in writing or by calling, that you dispute the validity of this debt or any portion thereof we will provide instructions about how to obtain a copy of the tax transcripts showing the liability. Send only correspondence to:    Pioneer Credit Recovery, Inc.**
                                                        **P.O. Box 500**
                                                        **Horseheads, NY 14845**

---

Pioneer Credit Recovery, Inc. is a private collection agency contracted to collect your past due tax on behalf of the IRS. Please contact us today for assistance at 1-800-448-3531. We'd like to explain your options and help resolve this matter.

---

*This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.*

PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION.



The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that ensures every taxpayer is treated fairly and protects taxpayers' rights under the Taxpayer Bill of Rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS or a PCA. If you qualify for TAS assistance, TAS will do everything possible to help you, and assistance is always free. More information about TAS can be found in Publication 1546, *Taxpayer Advocate Service Is Here to Help*, by visiting www.taxpayeradvocate.irs.gov or by calling TAS at any time at 877-777-4778.

IRS Publication 1, *Your Rights as a Taxpayer* can be obtained from www.irs.gov or by calling 800-829-3676.

As of the date of this letter, you owe $6,657.72. Because of interest and penalties, the amount due on the day you pay may be greater. If the amount stated here is paid, an adjustment may be necessary after a payment is received. In that event, notification will occur of any adjustment in the balance. Before any payment intended to pay the balance in full happens, please contact us at the address on this letter, or call 1-800-448-3531.

Any questions related to this notice should be directed to our office using the telephone number listed below:

Pioneer Credit Recovery, Inc.
P.O. Box 500
Horseheads, NY 14845
1-800-448-3531

*As of: 02/25/2018*

| Ref Num | Tax Form/Year | Tax Due | Interest | Penalties | Other Fees | Balance Due | Accrual Date |
|---------|---------------|---------|----------|-----------|------------|-------------|--------------|
| 30-201112 | 1040-201112 | $1,725.00 | $441.73 | $488.30 | $0.00 | $2,655.03 | 02/25/2018 |
| 30-201212 | 1040-201212 | $1,032.00 | $194.85 | $264.10 | $0.00 | $1,490.95 | 02/25/2018 |
| 30-201312 | 1040-201312 | $1,840.00 | $276.94 | $394.80 | $0.00 | $2,511.74 | 02/25/2018 |





Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

**IRS**

| Notice | CP40 |
|---|---|
| Notice date | September 18, 2017 |
| Taxpayer ID number | XXX-XX-8565 |
| Tax form | 1040 |
| Tax year | 2012 |
| Taxpayer authentication number | 5289955159 |
| To contact us | 1-844-875-3420 |
| Page 1 of 2 | 9H |

009237.790672.337693.15748 1 MB 0.423 528


009237

SANDRA K DRESSLER
3823 SE 11TH PL APT 1
CAPE CORAL FL 33904-5113

## We assigned your overdue tax account to a private collection agency

Current law requires us to contract with qualified private collection agencies to assist in collecting certain overdue federal taxes. We have assigned your account to the following agency:

Pioneer Credit Recovery, Inc.
PO Box 500
Horseheads, NY 14845
1-800-448-3531

### What happens next

The private collection agency will work with you to resolve your overdue account. The private collection agency will explain payment options to help you find one that is best for you. It also will provide you with a payment plan if you can't pay the full amount at this time.

You can pay online now at www.irs.gov/directpay or visit www.irs.gov/payments for more information about ways to pay. If paying by check or money order, make the check or money order payable to the United States Treasury. Include your name, social security number, and the tax year on your payment and send it to the address on this notice. These are the only forms of payment the IRS accepts. We'll never ask you to pay using any form of pre-paid card or store or online gift card.

The private collection agency is required to maintain the security and privacy of your tax information. To do this, it will ask you to provide your name and address of record before assisting you in resolving your account. Also, it will perform two-party verification by asking you for the first five numbers of your taxpayer authentication number at the top of this notice. The private collection agency will then provide the subsequent five numbers.

**Keep this notice for your records.** You'll need information from it to complete the two-party verification.

See the enclosed Publication 4518, What You Can Expect When the IRS Assigns Your Account to a Private Collection Agency, for more information.



| Notice | CP40 |
|---|---|
| Tax Year | 2012 |
| Notice date | September 18, 2017 |
| Taxpayer ID number | XXX-XX-8565 |
| Page 2 of 2 | 9H |

| | |
|---|---|
| **Additional information** | • Visit www.irs.gov/cp40 |
| | • You can also find the following online: |
| |   - Publication 1, Your Rights as a Taxpayer |
| | • For tax forms or publications, visit www.irs.gov/formspubs or call 1-800-TAX-FORM (1-800-829-3676). |
| | • The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 1-877-777-4778. |
| | • Assistance can be obtained from individuals and organizations that are independent from the IRS. The Directory of Federal Tax Return Preparers with credentials recognized by the IRS can be found at http://irs.treasury.gov/rpo/rpo.jsf. IRS Publication 4134 provides a listing of Low Income Taxpayer Clinics (LITCs) and is available at www.irs.gov. Also, see the LITC page at www.taxpayeradvocate.irs.gov/litcmap. Assistance may also be available from a referral system operated by a state bar association, a state or local society of accountants or enrolled agents or another nonprofit tax professional organization. The decision to obtain assistance from any of these individuals and organizations will not result in the IRS giving preferential treatment in the handling of the issue, dispute or problem. |

P.O. Box 500
Horseheads, NY 14845

*Recieved 3-19-18*



Phone: 1-800-448-3531
Fax: 1-800-533-8088

*10021I*
03/13/2018

226933 0313 000006 000006 000001/000001 13-14



SANDRA K DRESSLER
3823 SE 11TH PL APT 1
CAPE CORAL, FL 33904-5113

Correspondence Address:
Pioneer Credit Recovery, Inc.
PO Box 500
Horseheads, NY 14845

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M.– 12:00P.M.

RE: SANDRA K DRESSLER

Taxpayer Authentication Number: 5289955159
Taxpayer Identification Number: 8565

Dear SANDRA K DRESSLER:

We are writing in reply to your request for information concerning the above referenced obligation to our client, the Internal Revenue Service (IRS). Pioneer Credit Recovery, Inc. is under contract with the IRS to collect outstanding tax debt, and the IRS placed your account with our office on 09/18/2017.

In order to assist you in understanding the balance still owed to the IRS, you can request a transcript that provides detailed account information. This transcript can be obtained as follows:
- If you have access to the internet, please visit www.irs.gov/individuals/get-transcript
- If you do not have access to the internet, you may request a Form 4506-T by calling 800-908-9946.
  Note: If you request Form 4506-T, please follow the instructions and be sure to mail it to the address on the reverse side of Form 4506-T.

Please contact Pioneer Credit Recovery, Inc. at 1-800-448-3531 to resolve this account or you have additional questions.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,

Pioneer Credit Recovery, Inc.

