# Exhibit "F"

P.O. Box 500
Horseheads, NY 14845

*Recieved 3-19-18*

**PIONEER**
Credit Recovery, Inc.
Phone: 1-800-448-3531
Fax: 1-800-533-8088

100211
03/13/2018

Correspondence Address:
Pioneer Credit Recovery, Inc.
PO Box 500
Horseheads, NY 14845

226933 0313 000006 000006 000001/000001 13-14



SANDRA K DRESSLER
3823 SE 11TH PL APT 1
CAPE CORAL, FL 33904-5113

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M.– 12:00P.M.

RE: SANDRA K DRESSLER

Taxpayer Authentication Number: 5289955159
Taxpayer Identification Number: 8565

Dear SANDRA K DRESSLER:

We are writing in reply to your request for information concerning the above referenced obligation to our client, the Internal Revenue Service (IRS). Pioneer Credit Recovery, Inc. is under contract with the IRS to collect outstanding tax debt, and the IRS placed your account with our office on 09/18/2017.

In order to assist you in understanding the balance still owed to the IRS, you can request a transcript that provides detailed account information. This transcript can be obtained as follows:
- If you have access to the internet, please visit www.irs.gov/individuals/get-transcript
- If you do not have access to the internet, you may request a Form 4506-T by calling 800-908-9946.
  Note: If you request Form 4506-T, please follow the instructions and be sure to mail it to the address on the reverse side of Form 4506-T.

Please contact Pioneer Credit Recovery, Inc. at 1-800-448-3531 to resolve this account or you have additional questions.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,

Pioneer Credit Recovery, Inc.



P.O. Box 500
Horseheads, NY 14845

**PIONEER**
Credit Recovery, Inc.
Phone: 1-800-448-3531
Fax: 1-800-533-8088

020001
05/18/2018

Correspondence Address:
Pioneer Credit Recovery, Inc.
PO Box 500
Horseheads, NY 14845

226933 0517 000921 001841 000001/000002 3683-3686

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M.– 12:00P.M.


SANDRA K DRESSLER
3823 SE 11TH PL APT 1
CAPE CORAL, FL 33904-5113

RE: SANDRA K DRESSLER
Amount Due: $6,765.08
Taxpayer Authentication Number: 5289955159
Taxpayer Identification Number: 8565

## SECOND DELINQUENCY NOTICE

Dear SANDRA K DRESSLER:

As you were previously notified, Pioneer Credit Recovery, Inc., (PCR) a private collection agency, is a contractor for the Internal Revenue Service (IRS) assigned to collect your past due tax obligation.

A listing of your past due tax obligations is included with this notice. You are responsible to repay this past due tax, including any accrued interest and penalty charges.

### Account Summary (Balance Due):

| Primary TIN | Kind of Tax | Tax Period | Tax Assessed | Interest | Penalty | Other Fees | Balance Due | Accrual Date |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-8565 | 1040 | 201112 | $1,725.00 | $468.00 | $488.30 | $0.00 | $2,681.30 | 05/27/2018 |
| XXX-XX-8565 | 1040 | 201212 | $1,032.00 | $209.82 | $277.00 | $0.00 | $1,518.82 | 05/27/2018 |
| XXX-XX-8565 | 1040 | 201312 | $1,840.00 | $302.56 | $422.40 | $0.00 | $2,564.96 | 05/27/2018 |

You must arrange for repayment of your account. Penalties and interest will continue to accrue on your tax obligation until the total amount due is paid in full. Also, any further tax refunds will be applied to the balance due. Below, please find options to resolve your tax obligation.

To assist you in understanding the balance still owed to the IRS, you can request a transcript that provides detailed account information. This transcript can be obtained as follows.

- If you have access to the internet, please visit www.irs.gov/individuals/get-transcript
- If you do not have access to the internet, you may request Form 4506-T by calling 800-908-9946. Note: If you request form 4506-T, please follow the instructions and be sure to mail it to the address on the reverse side of the Form 4506-T.

Below, please find options to resolve your tax obligation:

– Submit payment using an immediate payment method listed on the enclosed **Payment Options** instructions. Pay online, by phone or using your mobile device and get instant confirmation that your payment has been submitted.

– If you can't pay the amount due immediately, or have questions about the payment options, contact our office at **1-800-448-3531** to establish an affordable payment arrangement to satisfy your tax obligation.

**This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.**

PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION.



**Pioneer Credit Recovery, Inc. is a designated contractor to collect this debt on behalf of the IRS. Please contact us today for assistance at 1-800-448-3531.
We'd like to explain your options and help resolve this matter.**

*As of the date of this letter, you owe $6,765.08. Because of interest and penalties, the amount due on the day you pay may be greater. If the amount stated here is paid, an adjustment may be necessary after a payment is received. In that event, notification will occur of any adjustment in the balance. Before any payment intended to pay the balance in full happens, please contact us at the address on this letter, or call 1-800-448-3531.*

# *Payment Options*

The following payment methods are available to taxpayers:

- **Online** using DirectPay at www.irs.gov/Payments:
  - Debit or Credit Card – A convenience fee will be charged by the service provider based on the amount being paid (See Important Note below)
  - Electronic Federal Tax Payment System (EFTPS) - EFTPS® is a system for paying federal taxes electronically using the Internet, or by phone using the EFTPS® Voice Response System. EFTPS® is offered free by the U.S. Department of Treasury. Enrollment is required.
    Taxpayers have two options to enroll:
    - Online at www.eftps.gov
    - Call toll-free 800-555-4477 or 800-733-4829 (TDD hearing- impaired); or 800-244-4829 (Spanish) (24 hours a day, seven days a week).
  - Electronic Fund Withdrawal (EFW) - EFW is an integrated e-file/e-pay option offered only when filing your federal taxes using tax preparation software or through a tax professional. Using this payment option, you may submit one or more payment requests for direct debit from your designated bank account.
  - Same-day wire – Download a form to present to your financial institution.

- **Mobile App** –*IRS2Go* is the official mobile app of the IRS. Get easy access to mobile-friendly payment options like IRS Direct Pay, offering you a free, secure way to pay directly from your bank account. You can also make a credit or debit card payment through an approved payment processor.

- **Phone**
  - Debit or Credit Card – please contact a provider below (see Important Note below):
    - Official Payments.com/fed
      - 888-872-9829 (Payment) or 877-754-4413 (Customer Service)
      - *www.officialpayments.com*
    - Link2Gov Corporation
      - 888-PAY-1040 SM (1-888-729-1040) or 888-658-5465 (Customer Service)
      - *www.pay1040.com*
    - WorldPay US, Inc.
      - 844-729-8298 (Payment), 855-508-0159 (Live Operator), or 844-825-8729 (Customer Service)
      - PayUSAtax.com

- **Mail** payment to: **Department of the Treasury**
  **Internal Revenue Service**
  **Kansas City, MO 64999-0010**
  - Make checks or money orders payable to the "United States Treasury"
  - DO NOT send cash
  - Include name, address, and daytime phone number when not already preprinted on the check or money order.
  - Write the form number and tax year for which the payment is being made and the primary taxpayer's SSN/EIN on the check or money order.

*Important note about Debit or Credit Card payments - A convenience fee will be charged by the service provider based on the amount being paid. Fees may vary between providers. Any fees are disclosed during the transaction and taxpayers will have the option to either continue or cancel the transaction. Taxpayers can also find out what the fee will be by calling the provider's toll-free automated customer service number or visiting the provider's website. Taxpayers will be given a confirmation number at the end of the transaction.

**Questions about your options? Call Pioneer Credit Recovery, Inc. at 1-800-448-3531**

**See back for more payment options**



## *Payment Options (continued)*

- **IRS PayNearMe (cash)** – PayNearMe is a payment option for taxpayers who prefer to pay their taxes with cash. PayNearMe charges a service fee which is separate from tax obligations. Individuals will pay $3.99 per transaction with a $1,000.00 daily payment limit.

   Taxpayers who want to pay their taxes with cash through the IRS PayNearMe option should do the following:
   - Go to www.irs.gov/Payments to begin the payment process. In the "Other Ways You Can Pay" box, click on "Cash at a Retail Partner" and follow the instructions on that page.
   - The taxpayer will receive an email from Official Payments confirming their information.
   - The IRS will then verify the information sent by Official Payments. NOTE: This process may take two to three business days.

   PayNearMe notifies the taxpayer via email with next step instructions and a barcode. The barcode is available to be printed or displayed on mobile devices.

   NOTE: The PayNearMe barcode will expire in 7 days after it is emailed to the taxpayer.
   - Tax present the barcode at a participating retail location. The retail clerk scans the barcode and collects the cash and fee.
   - The retail clerk presents the taxpayer with a receipt to confirm the transaction.
      ***Important:*** Taxpayers should keep this receipt as proof of payment.
   - Official Payments and PayNearMe send transactions for processing.
      NOTE: It usually takes two business days for payments to be submitted to the IRS. Taxpayers should allow for this to make timely payments in order to avoid interest and penalties.

   IRS PayNearMe is currently only available to IMF taxpayers. The service can be used for the following payment types:
   - Form 1040 series
   - *Form 1040 ES Estimated Tax*
   - Form 4868 Automatic Extension to File Taxes
   - Installment Agreements
   - Trust Fund Recovery Penalty
   - Form 5329 Return for Individual Retirement Arrangement Taxes

   Joint filers using PayNearMe must complete the "Verify Identity" page using the primary filer's information, even if the taxpayer is making an estimated tax payment. This will ensure the payment is promptly applied to the balance due account.
   **NOTE:** The IRS PayNearMe web pages are not yet available in Spanish.

Any questions related to this notice should be directed to our office using the telephone number listed below:

   Pioneer Credit Recovery, Inc.
   P.O. Box 500
   Horseheads, NY 14845
   1-800-448-3531

**Questions about your options? Call Pioneer Credit Recovery, Inc. at 1-800-448-3531**