Exhibit "G"

P. O. Box 105518
Atlanta, GA 30348



000010573 F0ECA0922170127390000 03 000000
002685490-5610
SANDRA KAY DRESSLER
3823 SE 11TH PL APT 1
CAPE CORAL, FL 33904-5113

# EQUIFAX

**CREDIT FILE : September 21, 2017**
**Confirmation # 7249045634**

Dear SANDRA KAY DRESSLER:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

*   We request that the reporting company verify the accuracy of the information you disputed;

*   We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

*   We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

*   You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

*   You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

*   You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.ai.equifax.com/CreditInvestigation/home.action.  You may also mail your documents to PO Box 740256, Atlanta GA 30348 or contact us by calling a Customer Representative at (888) 425-7961 from 9:00 a.m. to 5:00 p.m. Monday - Friday in your time zone.

*   You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

7249045634APPLADM-002685490- 5610 - 14465 -

( Continued On Next Page )

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "Verified as Reported", the reporting company has certified it is reporting accurately.
* If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

### The Results Of Our Reinvestigation

**>>> We have reviewed your concerns and our conclusions are:**
The disputed accounts accounts navient /5572e004503479 and /5572e004503240 are currently not reporting on the Equifax Credit file.

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**>>> We have researched the credit account. Account # - 786055* The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Ecmc, 1 Imation Pl, Oakdale MN 55128-3421**

**Ecmc**   *1 Imation Pl  Oakdale MN 55128-3421*

| Account Number | Date Opened | | | | | | | | | | Months Revd | Activity Designator | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 786055* | | | | | | | | | | | 5 | | Educational | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
| 09/21/2017 | $5,738 | $5,738 | $4,436 | $0 | | | 10/2015 | 10/2015 | 04/2017 | $0 | | | | $0 | |

| Date of Last Paymt | Scheduled Paymt Amount | Actual Paymt Amount |
|---|---|---|
| | $0 | $0 |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Student Loan; Fixed Rate;

| Account History with Status Codes | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|
| | G | G | G | G | G |

**>>> We have researched the credit account.  Account # - 96232001331E0052* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre PA 18773-9635**

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

**Dept of Ed/Navient**   PO Box 9635  Wilkes Barre PA 18773-9635

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 96232001331E0052* | 07/01/2009 | $5,500 | $0 | | Monthly | 81 | | | |

| Items As of | Date Reported | Amount Past Due | Balance | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | | $718 | $6,735 | | $0 | $72 | 12/2016 | 12/2016 | | $0 | | $0 | $0 | |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

**Account History with Status Codes**

| 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2014 |
|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 6 | 5 | 4 | 3 | 3 |
| | | | | | | 02/2014 | 02/2014 |
| | | | | | | 4 | 4 |
| | | | | | | 03/2014 | |
| | | | | | | 5 | |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Date Maj. Del. 1st Rptd | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | | |
| 06/17 | $6,680 | $72 | | | $5,500 | | | | Education Loan | |
| 05/17 | $6,653 | $72 | | | $5,500 | | $0 | | Education Loan | |
| 04/17 | $6,625 | $72 | | | $5,500 | | $0 | | Education Loan | |
| 03/17 | $6,599 | $72 | | | $5,500 | | $0 | | Education Loan | |
| 02/17 | $6,571 | $72 | | | $5,500 | | $0 | | Education Loan | |
| 01/17 | No Data Available | | | | | | | | | |
| 12/16 | $6,532 | $69 | | | $5,500 | | $0 | | Education Loan | |
| 11/16 | $6,501 | $69 | | | $5,500 | | | | Education Loan | |
| 10/16 | $6,472 | $69 | | | $5,500 | | | | Education Loan | |
| 09/16 | $6,441 | $69 | | | $5,500 | | | | Education Loan | |
| 08/16 | $6,412 | $69 | | | $5,500 | | $0 | | Education Loan | |
| 07/16 | $6,383 | | | | $5,500 | | | | Education Loan | |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

# CREDIT FILE : September 21, 2017

## Confirmation # 7249045634

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/16 | $6,355 | | | | $5,500 | | $0 | Education Loan | |
| 05/16 | $6,329 | | | | $5,500 | | $0 | Education Loan | |
| 04/16 | $6,301 | | | | $5,500 | | $0 | Education Loan | |
| 03/16 | $6,274 | | | | $5,500 | | $0 | Education Loan | |
| 02/16 | $6,246 | $67 | | | $5,500 | | $0 | Education Loan | |
| 01/16 | $6,223 | $67 | | | $5,500 | | | Education Loan | |
| 12/15 | $6,193 | | | | $5,500 | | | Education Loan | |
| 11/15 | $6,165 | | | | $5,500 | | $0 | Education Loan | |
| 10/15 | $6,138 | | | | $5,500 | | $0 | Education Loan | |
| 09/15 | $6,110 | | | | $5,500 | | $0 | Education Loan | |

>>> **We have researched the credit account. Account # -9623200133IE0032\* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre PA 18773-9635**

**Dept of Ed/Navient**   PO Box 9635  Wilkes Barre PA 18773-9635

| Account Number 9623200133IE0032* | | Date Opened 06/01/2009 | High Credit $3,000 | Credit Limit $0 | | | | |
|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 09/21/2017 | Balance Amount $3,724 | Amount Past Due $403 | Date of Last Paymt | Actual Payment Amount $0 | Scheduled Payment Amount $40 | Credit Limit $0 | Date of 1st Delinquency 12/2016 | Terms Duration | Terms Frequency Monthly | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd 93 | Activity Designator | Deferred Pay Start Date | Charge Off Amount $0 | Creditor Classification | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

| Account History with Status Codes | 08/2017 6 | 07/2017 6 | 06/2017 6 | 05/2017 6 | 04/2017 5 | 03/2017 4 | 02/2017 3 | 03/2014 5 | 02/2014 4 | 01/2014 3 |
|---|---|---|---|---|---|---|---|---|---|---|

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $3,691 | $40 | | | $3,000 | | $0 | Education Loan | |
| 05/17 | $3,676 | $40 | | | $3,000 | | $0 | Education Loan | |
| 04/17 | $3,660 | $40 | | | $3,000 | | $0 | Education Loan | |
| 03/17 | $3,644 | $40 | | | $3,000 | | $0 | Education Loan | |
| 02/17 | $3,628 | $40 | | | $3,000 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $3,605 | $39 | | | $3,000 | | | Education Loan | |
| 11/16 | $3,587 | $39 | | | $3,000 | | | Education Loan | |
| 10/16 | $3,570 | $39 | | | $3,000 | | | Education Loan | |
| 09/16 | $3,552 | $39 | | | $3,000 | | | Education Loan | |
| 08/16 | $3,534 | $39 | | | $3,000 | | | Education Loan | |
| 07/16 | $3,517 | | | | $3,000 | | $0 | Education Loan | |
| 06/16 | $3,501 | | | | $3,000 | | $0 | Education Loan | |
| 05/16 | $3,485 | | | | $3,000 | | $0 | Education Loan | |
| 04/16 | $3,469 | | | | $3,000 | | $0 | Education Loan | |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

# CREDIT FILE : September 21, 2017

**Confirmation # 7249045634**

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/16 | $3,453 | | | | $3,000 | | $0 | Education Loan | |
| 02/16 | $3,437 | | | | $3,000 | | $0 | Education Loan | |
| 01/16 | $3,423 | $37 | | | $3,000 | | | Education Loan | |
| 12/15 | $3,406 | $37 | | | $3,000 | | | Education Loan | |
| 11/15 | $3,389 | | | | $3,000 | | $0 | Education Loan | |
| 10/15 | $3,374 | | | | $3,000 | | $0 | Education Loan | |
| 09/15 | $3,357 | | | | $3,000 | | $0 | Education Loan | |

>>> **We have researched the credit account. Account # - 786055\* The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Ecmc, 1 Imation Pl, Oakdale MN 55128-3421**

**Ecmc   1 Imation Pl Oakdale MN 55128-3421**

| Account Number | Date Opened | High Credit | Credit Limit | Scheduled Paymnt Amount | Terms Duration | Terms Frequency |
|---|---|---|---|---|---|---|
| 786055* | | $6,241 | $0 | $0 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $7,919 | $7,919 | | $0 | 02/2016 | | 08/2017 | 1 | $0 | | | $0 | | Educational | |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Student Loan; Fixed Rate;

**Account History**   08/2017
**with Status Codes**   G

>>> **We have researched the credit account. Account # -062320013310192\* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. If you have additional questions about this item please contact: **Navient, PO Box 9500, Wilkes Barre PA 18773-9500**

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 - ,

**Navient**   PO Box 9500  Wilkes Barre PA 18773-9500

| Account Number | Date Opened | High Credit | Credit Limit | | | Terms Duration | Terms Frequency | | | Months Revd | | | | | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96232001331001132* | 07/01/2008 | $2,000 | $0 | | | | Monthly | | | 63 | | | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | | | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Date of Last Activity | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $3,019 | $663 | | $0 | $84 | | | 11/2016 | | | $0 | | $0 | | | |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

**Account History with Status Codes**

| 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 6 | | | | | 5 | 4 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $2,986 | $66 | | | $2,000 | | $0 | Education Loan | |
| 05/17 | $2,966 | $66 | | | $2,000 | | $0 | Education Loan | |
| 04/17 | $2,946 | $66 | | | $2,000 | | $0 | Education Loan | |
| 03/17 | $2,927 | $66 | | | $2,000 | | $0 | Education Loan | |
| 02/17 | $2,907 | $66 | | | $2,000 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $2,870 | $66 | | | $2,000 | | | Education Loan | |
| 11/16 | $2,850 | $66 | | | $2,000 | | | Education Loan | |
| 10/16 | $2,834 | $66 | | | $2,000 | | | Education Loan | |
| 09/16 | $2,818 | $66 | | | $2,000 | | | Education Loan | |
| 08/16 | $2,803 | $66 | | | $2,000 | | | Education Loan | |
| 07/16 | $2,787 | | | | $2,000 | | $0 | Education Loan | |

( Continued On Next Page )

724945634APPLADM-002685490- 5610 - 14465 -

# CREDIT FILE : September 21, 2017

**Confirmation # 7249045634**

## Historical Account Information

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/16 | $2,772 | | | | $2,000 | | $0 | Education Loan | |
| 05/16 | $2,757 | | | | $2,000 | | $0 | Education Loan | |
| 04/16 | $2,741 | | | | $2,000 | | $0 | Education Loan | |
| 03/16 | $2,726 | | | | $2,000 | | $0 | Education Loan | |
| 02/16 | $2,711 | | | | $2,000 | | $0 | Education Loan | |
| 01/16 | $2,692 | $63 | | | $2,000 | | | Education Loan | |
| 12/15 | $2,677 | $63 | | | $2,000 | | | Education Loan | |
| 11/15 | $2,662 | | | | $2,000 | | $0 | Education Loan | |
| 10/15 | $2,649 | | | | $2,000 | | $0 | Education Loan | |
| 09/15 | $2,634 | | | | $2,000 | | $0 | Education Loan | |

**Eemc   1 Imation Pl Oakdale MN 55128-3421**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Frequency | Terms Duration | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 786055* | | $5,960 | $0 | | | 03/2016 | 06/2017 | 3 | Educational |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $7,612 | $7,612 | | $0 | $0 | | $0 | | $0 | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Student Loan; Fixed Rate;

| Account History with Status Codes | 08/2017 | 07/2017 | 06/2017 |
|---|---|---|---|
| | G | G | G |

>>> **We have researched the credit account. Account # - 786055\* The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Eemc, 1 Imation Pl, Oakdale MN 55128-3421**

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

**>>> We have researched the credit account. Account # - 96232001331E0072* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of EdNavient, PO Box 9635, Wilkes Barre PA 18773-9635**

**Dept of EdNavient**   PO Box 9635 Wilkes Barre PA 18773-9635

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 96232001331E0072* | 02/01/2011 | $369 | $0 | | Monthly | 77 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del, 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/21/2017 | $434 | $109 | $0 | $0 | $11 | 12/2016 | | | $0 | | $0 | $0 | |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

**Account History with Status Codes**

| 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2014 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | 6 | 6 | 6 | 5 | 4 | 3 | 3 |
| | | | | | | | 02/2014 | 01/2014 |
| | | | | 5 | 4 | 3 | 4 | 3 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 08/17 | No Data Available | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $432 | $11 | | | $369 | | $0 | Education Loan | |
| 05/17 | $430 | $11 | | | $369 | | $0 | Education Loan | |
| 04/17 | $429 | $11 | | | $369 | | $0 | Education Loan | |
| 03/17 | $427 | $11 | | | $369 | | $0 | Education Loan | |
| 02/17 | $426 | $11 | | | $369 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $424 | $10 | | | $369 | | | Education Loan | |
| 11/16 | $422 | $10 | | | $369 | | | Education Loan | |
| 10/16 | $420 | $10 | | | $369 | | | Education Loan | |
| 09/16 | $419 | $10 | | | $369 | | | Education Loan | |

( Continued On Next Page )

Page 10 of 22

7249045634APPLADM-002685490- 5610 - 14465 -



**CREDIT FILE : September 21, 2017**

**Confirmation # 7249045634**

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/16 | $417 | $10 | | | $369 | | | Education Loan | |
| 07/16 | $416 | | | | $369 | | $0 | Education Loan | |
| 06/16 | $414 | | | | $369 | | $0 | Education Loan | |
| 05/16 | $413 | | | | $369 | | $0 | Education Loan | |
| 04/16 | $411 | | | | $369 | | $0 | Education Loan | |
| 03/16 | $410 | | | | $369 | | $0 | Education Loan | |
| 02/16 | $408 | | | | $369 | | $0 | Education Loan | |
| 01/16 | $407 | $10 | | | $369 | | | Education Loan | |
| 12/15 | $406 | $10 | | | $369 | | | Education Loan | |
| 11/15 | $404 | | | | $369 | | $0 | Education Loan | |
| 10/15 | $403 | | | | $369 | | $0 | Education Loan | |
| 09/15 | $401 | | | | $369 | | $0 | Education Loan | |

>>> **We have researched the credit account. Account # - 96232001331E0042* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre PA 18773-9635**

( Continued On Next Page )

7249045634APPLADM-0026685490- 5610 - 14465 - ,

**Dept of Ed/Navient**  PO Box 9635 Wilkes Barre PA 18773-9635

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 9623200133 1E0042* | 06/01/2009 | $1,000 | $0 | | Monthly | 93 | |

| Items As of | Balance Amount | Amount Past Due | Scheduled Paymt Amount | Actual Paymt Amount | Date of Last Paymt | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Pald | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $1,679 | $187 | $19 | $0 | | 12/2016 | | | $0 | | | $0 | | |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

| Account History with Status Codes | 08/2017 6 | 07/2017 6 | 06/2017 6 | 05/2017 6 | 04/2017 5 | 03/2017 4 | 02/2017 3 | 03/2014 5 | 02/2014 4 | 01/2014 3 |
|---|---|---|---|---|---|---|---|---|---|---|

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Date Maj Del. 1st Pald | Date of Last Activity | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | | | |
| 06/17 | $1,662 | $19 | | | $1,000 | | $0 | Education Loan | | | |
| 05/17 | $1,654 | $19 | | | $1,000 | | $0 | Education Loan | | | |
| 04/17 | $1,646 | $19 | | | $1,000 | | $0 | Education Loan | | | |
| 03/17 | $1,638 | $19 | | | $1,000 | | $0 | Education Loan | | | |
| 02/17 | $1,630 | $19 | | | $1,000 | | $0 | Education Loan | | | |
| 01/17 | No Data Available | | | | | | | | | | |
| 12/16 | $1,619 | $18 | | | $1,000 | | | Education Loan | | | |
| 11/16 | $1,610 | $18 | | | $1,000 | | | Education Loan | | | |
| 10/16 | $1,601 | $18 | | | $1,000 | | | Education Loan | | | |
| 09/16 | $1,592 | $18 | | | $1,000 | | | Education Loan | | | |
| 08/16 | $1,583 | $18 | | | $1,000 | | | Education Loan | | | |
| 07/16 | $1,575 | | | | $1,000 | | $0 | Education Loan | | | |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -



**CREDIT FILE : September 21, 2017**

**Confirmation # 7249045634**

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/16 | $1,567 | | | | $1,000 | | $0 | Education Loan | |
| 05/16 | $1,559 | | | | $1,000 | | $0 | Education Loan | |
| 04/16 | $1,551 | | | | $1,000 | | $0 | Education Loan | |
| 03/16 | $1,543 | | | | $1,000 | | $0 | Education Loan | |
| 02/16 | $1,535 | | | | $1,000 | | $0 | Education Loan | |
| 01/16 | $1,528 | $17 | | | $1,000 | | | Education Loan | |
| 12/15 | $1,519 | $17 | | | $1,000 | | | Education Loan | |
| 11/15 | $1,511 | | | | $1,000 | | $0 | Education Loan | |
| 10/15 | $1,503 | | | | $1,000 | | $0 | Education Loan | |
| 09/15 | $1,495 | | | | $1,000 | | $0 | Education Loan | |

>>> **We have researched the credit account. Account # - 96232001331E0012\* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre PA 18773-9635**

**Dept of Ed/Navient**   PO Box 9635 Wilkes Barre PA 18773-9635

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Credline Classification | |
|---|---|---|---|---|---|---|---|---|---|
| 96232001331E0012* | 04/01/2009 | $1,250 | $0 | | Monthly | 93 | | | |

| Items As Of Date Reported | Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Ma. Del. 1st Pd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $1,551 | $168 | $0 | $0 | $17 | 12/2016 | | | $0 | | $0 | | |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

| Account History with Status Codes | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 03/2014 | 02/2014 | 01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 6 | 6 | 6 | 6 | 5 | 4 | 3 | 4 | 3 |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 - ?

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $1,538 | $17 | | | $1,250 | | $0 | Education Loan | |
| 05/17 | $1,531 | $17 | | | $1,250 | | $0 | Education Loan | |
| 04/17 | $1,524 | $17 | | | $1,250 | | $0 | Education Loan | |
| 03/17 | $1,518 | $17 | | | $1,250 | | $0 | Education Loan | |
| 02/17 | $1,511 | $17 | | | $1,250 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $1,502 | $16 | | | $1,250 | | | Education Loan | |
| 11/16 | $1,494 | $16 | | | $1,250 | | | Education Loan | |
| 10/16 | $1,487 | $16 | | | $1,250 | | | Education Loan | |
| 09/16 | $1,480 | $16 | | | $1,250 | | | Education Loan | |
| 08/16 | $1,472 | $16 | | | $1,250 | | | Education Loan | |
| 07/16 | $1,465 | | | | $1,250 | | $0 | Education Loan | |
| 06/16 | $1,458 | | | | $1,250 | | $0 | Education Loan | |
| 05/16 | $1,452 | | | | $1,250 | | $0 | Education Loan | |
| 04/16 | $1,445 | | | | $1,250 | | $0 | Education Loan | |

( Continued On Next Page )

Page 14 of 22

7249045634APPLADM-002685490- 5610 - 14465 -

## CREDIT FILE : September 21, 2017

Confirmation # 7249045634

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Terms Duration | Terms Frequency | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16 | $1,439 | | | | $1,250 | | $0 | | | Education Loan | |
| 02/16 | $1,432 | | | | $1,250 | | $0 | | | Education Loan | |
| 01/16 | $1,426 | $15 | | | $1,250 | | $0 | | | Education Loan | |
| 12/15 | $1,419 | $15 | | | $1,250 | | $0 | | | Education Loan | |
| 11/15 | $1,412 | | | | $1,250 | | $0 | | | Education Loan | |
| 10/15 | $1,405 | | | | $1,250 | | $0 | | | Education Loan | |
| 09/15 | $1,399 | | | | $1,250 | | $0 | | | Education Loan | |

>>> **We have researched the credit account. Account # - 786055** **The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Ecmc, 1 Imation Pl, Oakdale MN 55128-3421*

**Ecmc**   *1 Imation Pl Oakdale MN 55128-3421*

| Account Number 786055* | | Date Opened | High Credit $1,496 | Credit Limit $0 | | Date Maj. Del 1st Repaid 04/2017 | Months Revd 5 | Activity Designator | Creditor Classification Educational | |
|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 09/21/2017 | Balance Amount $1,927 | Amount Past Due $1,927 | Date of Last Paymnt | Actual Paymnt Amount $0 | Scheduled Paymnt Amount $0 | Date of 1st Delinquency 10/2015 | Date of Last Activity | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes This

Account Information; Collection Account; Student Loan; Fixed Rate;

| Account History with Status Codes | 08/2017 G | 07/2017 G | 06/2017 G | 05/2017 G | 04/2017 G |
|---|---|---|---|---|---|

>>> **We have researched the credit account. Account # - 786055** **The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Ecmc, 1 Imation Pl, Oakdale MN 55128-3421*

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

## Ecmc    1 Imation Pl Oakdale MN 55128-3421

**Account Number**
786055*

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Activity Designator | Creditor Classification Educational | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $4,011 |  | $3,160 | $4,011 |  | $0 | $0 | $0 |  | 02/2016 |  | 08/2017 | 08/2017 | 1 | $0 |  | $0 |  |  | $0 |  |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Consumer Disputes This
Account Information; Collection Account; Student Loan; Fixed Rate;

**Account History**    08/2017
**with Status Codes**    G

>>> **We have researched the credit account. Account # - 786055*  The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Ecmc, 1 Imation Pl, Oakdale MN 55128-3421**

## Ecmc    1 Imation Pl Oakdale MN 55128-3421

**Account Number**
786055*

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Activity Designator | Creditor Classification Educational | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $1,504 |  | $1,175 | $1,504 |  | $0 | $0 | $0 |  | 02/2016 |  | 06/2017 | 06/2017 | 3 | $0 |  | $0 |  |  | $0 |  |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Consumer Disputes This
Account Information; Collection Account; Student Loan; Fixed Rate;

**Account History**    08/2017 07/2017 06/2017
**with Status Codes**    G    G    G

>>> **We have researched the credit account. Account # - 9623200133IE0082*  The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre PA 18773-9635**

## Dept of Ed/Navient    PO Box 9635  Wilkes Barre PA 18773-9635

**Account Number**
9623200133IE0082*

| Items As of Date Reported | Balance Amount | Date Opened | High Credit | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Activity Designator | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $2,291 | 02/01/2011 | $1,514 | $591 |  | $0 | $0 | $60 |  | 12/2016 | Monthly |  |  | 77 | $0 |  | $0 |  |  |  |  |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Student Loan;
Fixed Rate; 180 Days or More Past Due;

**Account History**    08/2017 07/2017 06/2017 05/2017 04/2017 03/2017 02/2017 01/2017 12/2016 11/2016 10/2016 09/2014 02/2014 01/2014
**with Status Codes**    6    6    6    6    5    4    3    5    4    3    3    4    5    3

### Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available |  |  |  |  |  |  |  |  |

(Continued On Next Page )

7249045634APPLADM-00268549O- 5610 - 14465 -



**CREDIT FILE : September 21, 2017**

**Confirmation # 7249045634**

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $2,269 | $60 | | | $1,514 | | $0 | Education Loan | |
| 05/17 | $2,258 | $60 | | | $1,514 | | $0 | Education Loan | |
| 04/17 | $2,247 | $60 | | | $1,514 | | $0 | Education Loan | |
| 03/17 | $2,236 | $60 | | | $1,514 | | $0 | Education Loan | |
| 02/17 | $2,225 | $60 | | | $1,514 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $2,211 | $55 | | | $1,514 | | $0 | Education Loan | |
| 11/16 | $2,199 | $55 | | | $1,514 | | $0 | Education Loan | |
| 10/16 | $2,187 | $55 | | | $1,514 | | $0 | Education Loan | |
| 09/16 | $2,174 | $55 | | | $1,514 | | $0 | Education Loan | |
| 08/16 | $2,162 | $55 | | | $1,514 | | $0 | Education Loan | |
| 07/16 | $2,151 | | | | $1,514 | | $0 | Education Loan | |
| 06/16 | $2,139 | | | | $1,514 | | $0 | Education Loan | |
| 05/16 | $2,129 | | | | $1,514 | | $0 | Education Loan | |
| 04/16 | $2,117 | | | | $1,514 | | $0 | Education Loan | |
| 03/16 | $2,107 | | | | $1,514 | | $0 | Education Loan | |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 - -.

7249045634APPLADM-002685490- 5610 - 14465 -

## Historical Account Information

| Date Reported | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/16 | $2,096 | | | | $1,514 | | $0 | Education Loan | |
| 01/16 | $2,086 | $53 | | | $1,514 | | | Education Loan | |
| 12/15 | $2,074 | $53 | | | $1,514 | | | Education Loan | |
| 11/15 | $2,063 | | | | $1,514 | | $0 | Education Loan | |
| 10/15 | $2,052 | | | | $1,514 | | $0 | Education Loan | |
| 09/15 | $2,041 | | | | $1,514 | | $0 | Education Loan | |

>>> **We have researched the credit account. Account # - 9623200133IE0062* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre  PA  18773-9635**

**Dept of Ed/Navient    PO Box 9635 Wilkes Barre PA 18773-9635**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of 1st Delinquency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 9623200133IE0062* | 07/01/2009 | $7,000 | $0 | | Monthly | 12/2016 | 81 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Scheduled Paymt Amount | Actual Paymt Amount | Date of Last Payment | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $11,527 | $1,289 | $130 | $0 | | | $0 | | $0 | | |

**Status** - Over 120 Days Past Due; **Type of Account** - Installment; **Type of Loan** - Education Loan; **Whose Account** - Individual Account;   ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

**Account History with Status Codes:**

| 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2014 | 02/2014 | 03/2014 | 04/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 6 | 5 | 4 | 3 | 3 | 4 | 5 | 6 |

## Historical Account Information

| Date Reported | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $11,415 | $130 | | | $7,000 | | $0 | Education Loan | |

( Continued On Next Page )



**Confirmation # 7249045634**

## CREDIT FILE : September 21, 2017

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/17 | $11,361 | $130 | | | $7,000 | | $0 | Education Loan | |
| 04/17 | $11,305 | $130 | | | $7,000 | | $0 | Education Loan | |
| 03/17 | $11,251 | $130 | | | $7,000 | | $0 | Education Loan | |
| 02/17 | $11,195 | $130 | | | $7,000 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $11,120 | $125 | | | $7,000 | | | Education Loan | |
| 11/16 | $11,058 | $125 | | | $7,000 | | | Education Loan | |
| 10/16 | $10,997 | $125 | | | $7,000 | | | Education Loan | |
| 09/16 | $10,934 | $125 | | | $7,000 | | | Education Loan | |
| 08/16 | $10,874 | $125 | | | $7,000 | | | Education Loan | |
| 07/16 | $10,816 | | | | $7,000 | | $0 | Education Loan | |
| 06/16 | $10,760 | | | | $7,000 | | $0 | Education Loan | |
| 05/16 | $10,705 | | | | $7,000 | | $0 | Education Loan | |
| 04/16 | $10,649 | | | | $7,000 | | $0 | Education Loan | |
| 03/16 | $10,595 | | | | $7,000 | | $0 | Education Loan | |
| 02/16 | $10,539 | | | | $7,000 | | $0 | Education Loan | |
| 01/16 | $10,493 | $119 | | | $7,000 | | | Education Loan | |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -.

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/15 | $10,432 | $119 | | | $7,000 | | | Education Loan | |
| 11/15 | $10,375 | | | | $7,000 | | $0 | Education Loan | |
| 10/15 | $10,321 | | | | $7,000 | | $0 | Education Loan | |
| 09/15 | $10,265 | | | | $7,000 | | $0 | Education Loan | |

>>> **We have researched the credit account. Account # - 96232001331E0022\* The results are:** Historical account information was updated on this account. This account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Dept of Ed/Navient, PO Box 9635, Wilkes Barre PA  18773-9635**

**Dept of Ed/Navient**   PO Box 9635  Wilkes Barre PA 18773-9635

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 96232001331E0022* | 04/01/2009 | $1,666 | $0 | | Monthly | 93 | |

| Items - As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Pymnt Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2017 | $2,820 | $315 | | $0 | $31 | 12/2016 | | | $0 | | $0 | | |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Student Loan; Fixed Rate; 180 Days or More Past Due;

**Account History with Status Codes:**

| 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 02/2014 | 01/2014 |
|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 5 | 4 | 3 | 5 | 4 | 3 |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/17 | No Data Available | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $2,793 | $31 | | | $1,666 | | $0 | Education Loan | |
| 05/17 | $2,779 | $31 | | | $1,666 | | $0 | Education Loan | |
| 04/17 | $2,766 | $31 | | | $1,666 | | $0 | Education Loan | |

Page 20 of 22

(Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 -

**Confirmation # 7249045634**



## CREDIT FILE : September 21, 2017

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/17 | $2,752 | $31 | | | $1,666 | | $0 | Education Loan | |
| 02/17 | $2,739 | $31 | | | $1,666 | | $0 | Education Loan | |
| 01/17 | No Data Available | | | | | | | | |
| 12/16 | $2,720 | $30 | | | $1,666 | | | Education Loan | |
| 11/16 | $2,705 | $30 | | | $1,666 | | | Education Loan | |
| 10/16 | $2,690 | $30 | | | $1,666 | | | Education Loan | |
| 09/16 | $2,675 | $30 | | | $1,666 | | | Education Loan | |
| 08/16 | $2,660 | $30 | | | $1,666 | | | Education Loan | |
| 07/16 | $2,646 | | | | $1,666 | | $0 | Education Loan | |
| 06/16 | $2,632 | | | | $1,666 | | $0 | Education Loan | |
| 05/16 | $2,619 | | | | $1,666 | | $0 | Education Loan | |
| 04/16 | $2,605 | | | | $1,666 | | $0 | Education Loan | |
| 03/16 | $2,592 | | | | $1,666 | | $0 | Education Loan | |
| 02/16 | $2,578 | | | | $1,666 | | $0 | Education Loan | |
| 01/16 | $2,567 | $29 | | | $1,666 | | | Education Loan | |
| 12/15 | $2,552 | $29 | | | $1,666 | | | Education Loan | |
| 11/15 | $2,538 | | | | $1,666 | | $0 | Education Loan | |

( Continued On Next Page )

7249045634APPLADM-002685490- 5610 - 14465 - ,

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/15 | $2,525 | | | | $1,666 | | $0 | Education Loan | |
| 09/15 | $2,511 | | | | $1,666 | | $0 | Education Loan | |

>>> **We have researched the credit account, Account # - 786055*  The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Ecmc, 1 Imation Pl, Oakdale  MN  55128-3421**

**Ecmc    1 Imation Pl  Oakdale MN 55128-3421**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Date of 1st Delinquency | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 786055* | | $4,153 | $0 | | 03/2016 | | 3 | | Educational |
| Items As of Date Reported 09/21/2017 | Amount Past Due $5,304 | Date of Last Paymnt | Scheduled Paymnt Amount $0 | Actual Paymnt Amount $0 | Date of Last Activity | Date Maj. Del. 1st Rptd | Date Maj. Del. 1st Paid 06/2017 | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Student Loan; Fixed Rate;

**Account History**    08/2017  07/2017  06/2017
**with Status Codes**      G        G        G

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

7249045634APPLADM-002685490- 5610 - 14465 -

( End Of Report )