Exhibit "H"

FROM THE DESK OF

## SANDRA K. DRESSLER

December 1, 2018

Marie T. Rives, Assistant Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, Florida 33602-5242

Dear Ms. Rives,

Please see attached document you requested via email on November 26, 2018.

I would like to state that this is just two months of calls that I was able to capture before making the final decision to file my suit. These intimidation calls started long before with calls consistently starting in about, January 2017. When I would get calls up to 3 calls a day starting at 8 am in the morning until 9 pm or later in the evenings. These collection calls were either pre-recorded or an actual person calling.

My service provider at the time would only keep up to 90 days of calls on record. I had also used to keep these recordings and they were always the same message. I did try to get my phone records for the time these calls started; that I would have had to get the police involved; along with filing court documents to attain my phone records, but decided it was time to get a new phone service and number. If I had known during that time that all I needed to keep a record of these calls; it was too late. I also was unaware of my consumer rights that I could have asked that these calls be stopped; by simply requesting that the calls stop. I also did not know that "I could have disputed having any obligation for the debt. If you forward or return this debt to another company, please indicate to them that it is disputed. If you report it to a credit bureaus (or have already done so), also report that the debt is disputed."

I now have a better understanding of my rights regarding collection calls in the future.

Sincerely yours,

*Sandra K. Dressler*

Sandra K. Dressler

Cc: Debt Collection Call Management Log

Case#: 2:18-CV-311

3823 SE 11TH PLACE, #1  •  CAPE CORAL, FLORIDA 33904  •  239-745-0032

DEBT COLLECTION CALL MANAGEMENT LOG

| Date | Time of Call | Caller ID / Tel. Number # | Caller / Company Name | List comments of what was said and details |
|---|---|---|---|---|
| 8-10-17 | 12:49 PM | 850-245-1839 | Vickie @ Florida Dept. of Education | Calling in regards to Navient Loans call 888-272-5543 or 800-366-3475 |
| 8-12-17 | 8:37 AM | 570-241-0311 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-15-17 | 10:02 AM | 570-241-0311 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-15-17 | 11:36 AM | 202-899-1335 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-17-17 | 3:40 PM | 202-899-1335 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-21-17 | 8:08 PM | 570-241-0311 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-23-17 | 10:30 AM | 202-899-1335 | Sarah @ Navient (Automated Call) | Calling in regards to Loans with Navient - Call between 7-9 Mon-Thur 7-7 Fri Call 888-385-0156 To remove Automated Calls |
| 8-24-17 | 1:10 PM | 866-945-6584 | ECMC (Automated Call) | Review of Student Loans Reductions to earn credit reductions. |
| 8-24-17 | 7:08 PM | 844-430-1649 | Ashley | |
| 8-25-17 | 10:59 AM | 202-899-1335 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-28-17 | 8:12 PM | 570-241-0311 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 8-29-17 | 1:26 PM | 386-269-4760 | Sarah @ Navient (Automated Call) | Calling in regards to Loans with Navient - Call between 7-9 Mon-Thur 7-7 Fri Call 888-385-0156 To remove Automated Calls |
| 8-29-17 | 2:08 PM | 866-945-6584 | ECMC (Automated Call) | |
| 8-31-17 | 12:33 PM | 850-245-1940 | Florida Dept. of Education | Real person message, accidentally deleted - contact Service Provider regarding loans. |
| 9-1-17 | 1:13 PM | 202-899-1335 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |

1

DEBT COLLECTION CALL MANAGEMENT LOG

| Date | Time | Number | Caller | Notes |
|---|---|---|---|---|
| 9-5-17 | 10:34 AM | 386-269-4760 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 9-7-17 | 10:31 AM | 386-269-4760 | Sarah @ Navient (Automated Call) | To service my account visit www.navient.com or call 888-272-5543 |
| 9-7-17 | 12:22 PM | 866-744-9574 | Suspected Spam | |
| 9-7-17 | 12:24 PM | 202-899-1335 | Sarah @ Navient (Automated Call) | |
| 9-9-17 | 12:28 PM | 931-572-6732 | Dory Beck / Clarksville, TN | |
| 9-9-17 | 12:32 PM | 207-441-4797 | East Boothbay, ME | |
| 9-9-17 | 4:50 PM | 866-609-8026 | | |
| 9-12-17 | 10:07 AM | 866-609-8026 | | |
| 9-11-17 | 12:08 PM | 866-609-8026 | | |
| 9-12-17 | 12:32 PM | 866-609-8026 | | |

2