UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS

SANDRA K. DRESSLER,

    Plaintiff,

v.

                         Case No. 2:18-cv-00311-UA-CM

U.S. DEPARTMENT OF EDUCATION, et al.,

    Defendant.

**EQUIFAX DEFENDANTS' RESPONSE TO
PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendants Equifax Inc. and Equifax Information Services LLC ("Equifax") (collectively the "Equifax Defendants"), by Counsel, file this Response to Plaintiff's Third Amended Complaint and show the Court as follows:

On June 4, 2018, the Judicial Panel on Multidistrict Litigation ("JPML") issued a final transfer determination for this matter with respect to Count 8 in Plaintiff's May 4, 2018 Verified Complaint. [Doc. 68; Conditional Transfer Order (CTO-19) and Simultaneous Separation and Remand of Certain Claims, MDL No. 2800, Doc. 763]. That claim is now pending in the MDL proceeding in the Northern District of Georgia captioned, *In re Equifax Inc. Customer Data Security Breach Litigation*, MDL No. 2800 ("*In re Equifax*"). The JPML separated and simultaneously remanded to the Middle District of Florida all other causes of action in the Verified Complaint. *See id*.

On September 5, 2018, Plaintiff filed an amended complaint. [Doc. 65]. In response, the Equifax Defendants filed a response in which they requested termination of the proceedings with respect to the Equifax Defendants since the only claims against the Equifax Defendants were for claims related to those transferred to the JPML. [Doc. 72]. This Court granted the Equifax

1

Defendants' request "to the extent that any claims asserted in the Second Amended Complaint will be stayed in favor of the proceeding in the MDL case." [Doc. 73 at p. 4].

On January 16, 2019, Plaintiff filed her Third Amended Complaint. [Doc. 88]. Plaintiff's single cause of action against the Equifax Defendants in Count 1 of the Third Amended Complaint is the same claim, albeit worded differently, previously transferred to the *In re Equifax* MDL in June 2018 and ordered stayed by this Court in September 2018.

**WHEREFORE**, in view of CTO-19 entered by the JPML on June 4, 2018 with respect to an identical cause of action in a previous iteration of Plaintiff's pleading, as well as this Court's previous order staying the claims in favor of the MDL case, the Equifax Defendants respectfully request that the Court continue to stay any claims against them, or in the alternative, terminate proceedings in this case with respect to the Equifax Defendants.

Respectfully submitted this 30th day of January, 2019.

By: */s/ J. Anthony Love*
J. Anthony Love
Florida Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com

Counsel for Defendants Equifax Information Services LLC and Equifax Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served via the court's CM/ECF system, which will send notification to:

Marie T. Rives
Office of the Attorney General
Suite 1100
501 E Kennedy Blvd
Tampa, FL 33602

Barbara Fernandez
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd Ste 400
Coral Gables, FL 33134-6044

Richard Brian Weinman
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, 2nd Floor
Winter Park, FL 32789

And via U.S. Mail to:

Sandra K. Dressler
3823 SE 11th Place, Unit 1
Cape Coral, FL 33904

This 30th day of January, 2019.

*/s/ J. Anthony Love*
J. Anthony Love