FILED

2019 APR -9 AM 11: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SANDRA K. DRESSLER,<br><br>    Plaintiff<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION;<br>BETSY DEVOS, in her official capacity<br>As Secretary of the U.S. Department of<br>Education; FLORIDA DEPARTMENT OF<br>EDUCATION; NAVIENT CORPORATION;<br>NAVIENT SOLUTIONS, INC.;<br>EDUCATION CREDIT MANAGEMENT<br>CORPORATION; PIONEER CREDIT<br>RECOVERY, INC.; EQUIFAX, INC.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC.; and Does 1-10,<br><br>    Defendants | Case No. 2:18-CV-311-RTM-99CM |

## NOTICE OF APPEAL

Notice is hereby given that SANDRA K. DRESSLER, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment from an order dismissing case entered in this action on April 1, 2019.

Date: 4-6-2019

                  Sandra K. Dressler
                  Sandra K. Dressler
                  In Pro Per
                  3823 SE 11th Place, #1
                  Cape Coral, FL 33904
                  knowwits@earthlink.net
                  239-634-8247



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SANDRA K. DRESSLER,  Plaintiff,

vs.

U.S. DEPARTMENT OF EDUCATION, et al.,

Defendant(s).

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 2:18-cv-311-FtM-99CM

I hereby certify that on _May 4, 2018_ (mm/dd/yyyy), I caused the following documents:

**NOTICE OF APPEAL**

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

U.S. DEPARTMENT OF EDUCATION
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, D.C. 20530

Betsy DeVos, Secretary of Education
U.S. DEPARTMENT OF EDUCATION
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, D.C. 20530

EDUCATION CREDIT MANAGEMENT CORPORATION
WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
329 Park Ave. N., Second Floor
Winter Park, FL 32789

EQUIFAX, INC; EQUIFAX INFORMATION SERVICES, LLC
John Anthony Love
King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521

FLORIDA DEPARTMENT OF EDUCATION
Marie T. Rives, Assist. Attorney General
501 E. Kennedy Blvd, Suite 1100
Tampa, FL 33602

NAVIENT CORPORATION; NAVIENT SOLUTIONS, LLC.
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134

PIONEER CREDIT RECOVERY, INC
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134

Date: 4-6-2019

s/ Sandra K. Dressler
Signature of filing party

Sandra K. Dressler
Filer's Typed Name