FILED

2019 MAY 13  AM 11: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF
## FLORIDA

SANDRA K. DRESSLER,

    Plaintiff,

-v-

                                   Case No. 2:18-CV-311-RTM-99CM

U.S. DEPARTMENT OF EDUCATION;
et al.,

    Defendants.

### PLAINTIFF'S MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL

Plaintiff moves for a stay of execution of Order of judgment pursuant to Federal Rules of Appellate Procedure, Rule 8, to halt the execution of the Order issued by this Court on April 1, 2019. The stay should be in effect until the disposition of the appeal. This stay should be issued without bond, as a bond would be a hardship on Plaintiff.

Respectfully submitted this _____10_____ day of _____May_____, 2019.

_Sandra K. Dressler_

Sandra K. Dressler, Plaintiff, In Pro Per

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SANDRA K. DRESSLER,                    Plaintiff,

**CERTIFICATE OF
SERVICE FOR
SERVICE BY MAIL**

vs.

Case No. 2:18-cv-311-
FtM-99CM

U.S. DEPARTMENT OF
EDUCATION, et al.,

Defendant(s).

I hereby certify that on _May 4, 2018_ (mm/dd/yyyy), I caused the following documents:

### MOTION FOR STAY OF EXECUTION PENDING APPEAL

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

☑ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

U.S. DEPARTMENT OF EDUCATION
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, D.C. 20530

Betsy DeVos, Secretary of Education
U.S. DEPARTMENT OF EDUCATION
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, D.C. 20530



EDUCATION CREDIT MANAGEMENT CORPORATION
WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
329 Park Ave. N., Second Floor
Winter Park, FL 32789

EQUIFAX, INC; EQUIFAX INFORMATION SERVICES, LLC
John Anthony Love
King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521

FLORIDA DEPARTMENT OF EDUCATION
Marie T. Rives, Assist. Attorney General
501 E. Kennedy Blvd, Suite 1100
Tampa, FL 33602

NAVIENT CORPORATION; NAVIENT SOLUTIONS, LLC.
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134

PIONEER CREDIT RECOVERY, INC
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134

Date: 5-10-2019

s/ _Sandra K. Dressler_
**Signature of filing party**

_Sandra K. Dressler_____
Filer's Typed Name