UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

    Plaintiff,

v.                                  Case No: 2:18-cv-311-FtM-29UAM

EQUIFAX INC. and EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's Motion for Stay of Execution of Judgment Pending Appeal (Doc. #113) filed on May 13, 2019. The appeal was dismissed for want of prosecution on May 30, 2019. (Doc. #114.) Therefore, the motion is now moot.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion for Stay of Execution of Judgment Pending Appeal (Doc. #113) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of June, 2019.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record