UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:18-cv-311-FtM-29MRM

SANDRA K. DRESSLER,
    Plaintiff

v.

U.S. DEPARTMENT OF EDUCATION, et al.,
    Defendant.

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Sandra K. Dressler, as the plaintiff, hereby certify the following:

That I have delivered copies of the documents as instructed by this Courts FCRA Fast-Track Scheduling Order dated June 25, 2020 to all appropriate parties.

Signature: _Sandra K. Dressler_    Date: 9-18-2020

Sandra K. Dressler, Plaintiff, In Pro Per

*[Filed stamp: 2020 SEP 21 PM 12:03, CLERK US DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, FORT MYERS FLORIDA]*