**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SANDRA K. DRESSLER,

       Plaintiff,

v.                                                         Case No.  2:18-cv-311-FtM-99CM

U.S. DEPARTMENT OF EDUCATION,
BETSY DEVOS, FLORIDA
DEPARTMENT OF EDUCATION,
NAVIENT CORPORATION, NAVIENT
SOLUTIONS, INC., EDUCATION
CREDIT MANAGEMENT CORPORATION,
PIONEER CREDIT RECOVERY, INC.,
EQUIFAX INC., EQUIFAX INFORMATION
SERVICES, LLC,

       Defendants.
_____/

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO HOLD**
**MEDIATION VIA ZOOM AND FOR EXTENSION OF TIME TO MEDIATE**

       The Defendants, Florida Department of Education, Navient Corporation, Navient Solutions, Inc., Educational Credit Management Corporation, Pioneer Credit Recovery, Inc., Equifax, Inc., and Equifax Information Services LLC (hereinafter, collectively the "Defendants"), by and through undersigned counsel, jointly make this Unopposed Motion for Leave to Hold Mediation via Zoom and for Extension of Time to Mediate, and state as follows:

       1.     Pursuant to the Court's FCRA Fast-Track Scheduling Order dated June 24, 2020 (Doc. 131) and Middle District of Florida Local Rule 9.05(c), all parties shall be present at the mediation conference with full authority to negotiate a settlement unless

otherwise excused by the presiding judge in writing. [FCRA Fast-Track Scheduling Order dated June 24, 2020 (Doc. 131), ¶ 4].

2. The Order further directed the parties to conduct the mediation no later than November 30, 2020. *Id*.

3. Absent exigent circumstances and the Court's leave, lead counsel must appear in person at the mediation. *Id*.

4. On March 13, 2020, under the National Emergencies Act, 50 U.S.C. §§ 1601-1651, the President of the United States declared a national emergency in response to the COVID-19 pandemic. The President has not terminated the national emergency declaration, which remains in effect.

5. Due to the ongoing COVID-19 pandemic in the United States and the rise of COVID-19 cases in Florida, counsel for the Defendants jointly seek leave of this Court to hold the mediation via Zoom to protect the health and safety of the parties.

6. Counsel for the Defendants have been conferring and are actively engaged in selecting a qualified Mediator. Several of the Mediators' calendars posted on their websites show no availability during the current month of November 2020. Counsel for the Defendants are making a bona fide effort to schedule the Mediation. The Plaintiff did not contact any counsel of record to schedule a mediation, but she has been cooperative with Defendant's efforts to schedule the mediation.

7. An enlargement of time of ninety (90) days is needed in order to make the final selection of a Mediator and to coordinate available mediation dates among the Mediator, once one is selected, and the Plaintiff and numerous counsels for the Defendants.

8. This joint motion is made in good faith and not for the purpose of delay.

9. Pursuant to Local Rule 3.01(g), the undersigned placed a telephone call to the Plaintiff on November 2, 2020, and a recording indicated that "the subscriber you have dialed is not in service – please hang up and try your call again later". Thereafter, the undersigned conferred several times by email concerning the substance of this Motion and received co-operative replies by email from Plaintiff Dressler consenting to the relief requested herein

## MEMORANDUM OF LAW

Local Rule 9.05(c) states:

Unless otherwise excused by the presiding judge in writing, all parties, corporate representative and other required claims professionals (insurance adjusters etc.) shall be present the at the Mediation Conference with full authority to negotiate a settlement.

Attendance at mediation is excused if the failure to attend is substantially justified. *See Scott v. K.W. Max Investments*, Inc., 2007 WL 2900354 (M.D. Fla. October 1, 2007). Here, the Court Ordered that mediation in this case must be conducted no later than November 30, 2020. Due to the ongoing national emergency, holding the mediation conference via Zoom would be reasonable to protect the health and safety of the parties. *See In re: Amended Order Concerning Jury Trials and Other Proceedings on July 1, 2020*, No. 2:20-mc-3-38FtM, Doc. 2 (M.D. Fla. October 30, 2020) (Judges are strongly encouraged to conduct court proceedings by telephone or video conference where practicable). All parties who have full authority to settle all claims could be present via Zoom throughout the entire proceeding, including opening statements and caucus. There would be no prejudice to the Plaintiff in granting this Motion.

Rule 6(b) of the Federal Rules of Civil Procedure permits this Court to enlarge the time for the parties to attend the mediation conference. Defendants have shown good cause for the unopposed extension of time for mediation, up to and including Monday, March 1, 2021.

Respectfully submitted this 4th day of November 2020.

/s/ **M. Rives**
Marie T. Rives
Assistant Attorney General
Florida Bar No. 441937
Office of the Attorney General
501 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Tel.: (813) 577-4533
Fax: (813) 233-2886
marie.rives@myfloridalegal.com
Counsel for Defendant
Florida Department of Education

*/s/ Alexander Meier*
Alexander Meier, Esq.
Seyfarth Shaw, LLP
1075 Peachtree St. NE, Ste. 2500
Atlanta, GA 30309-3962
Tel.: (404) 225-1500
Fax: (404) 892-7056
ameier@seyfarth.com
Counsel for Defendants
Equifax Inc.; and
Equifax Information Services LLC

*/s/ Peter A. Hernandez*
Peter A. Hernandez, Esq.
Florida Bar No. 0064309
Barbara Fernandez
Florida Bar No. 0493767
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel.: (305) 358-7747
Fax: (305) 577-1063
bfernandez@hinshawlaw.com
dconnolly@hinshawlaw.com
Counsel for Defendants
Navient Corporation;
Navient Solutions, Inc.;
and Pioneer Credit Recovery

*/s/ Richard B. Weinman*
Richard B. Weinman, Esq.
Florida Bar No. 0231370
Winderweedle, Haines, Ward &
Woodman, P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789
Tel.: (407) 423-4246
Fax: (407) 645-3728
rweinman@whww.com
Counsel for Defendant
Educational Credit Management Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4th, 2020, I electronically filed the foregoing Motion for Leave with the Clerk of the Court using the CM/ECF system, which will serve to the parties appearing in this matter. I further certify that a copy of the foregoing has been sent by e-service and by U.S. Mail to: Sandra K. Dressler, 3823 SE 11th Place, Unit 1, Cape Coral, Florida 33904; knowwits@earthlink.net.

/s/ **M. Rives**
Marie T. Rives.
Assistant Attorney General