**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT MYERS DIVISION**

SANDRA K. DRESSLER,

        Plaintiff,

V.                                                            Case No. 2:18-cv-311-FtM-99CM

U.S. DEPARTMENT OF EDUCATION,
BETSY DEVOS, FLORIDA
DEPARTMENT OF EDUCATON,
NAVIENT CORPORATION, NAVIENT
SOLUTIONS, INC., EDUCATIONAL
CREDIT MANAGEMENT CORPORATION,
PIONEER CREDIT RECOVERY,
EQUIFAX INC., EQUIFAX INFORMATION
SERVICES, LLC,

        Defendants,

_____/

**JOINT NOTICE OF MEDIATION**

        NOTICE is hereby given that Plaintiff, Sandra K. Dressler and Defendants,

Florida Department of Education, Navient Corporation, Navient Solutions, Inc,

Educational Credit Management Corporation, Pioneer Credit Recovery, Equifax Inc., and

Equifax Information Services, LLC, have scheduled mediation in this action with

Mediator, Hilary High, Esq, Tampa, Florida. as follows:

        Date:  February 4, 2021
        Time: 1:00 PM – 5:00 PM
        Location: Zoom Details to be provided at a later date

Dated: November 30, 2020

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

`/s/ m. rives`

Marie T. Rives
Senior Assistant Attorney General
Florida Bar no. 441937
Office of the Attorney General
501 East Kennedy Blvd., Suite 1100
Tampa, Fl. 33602
Tel: (813) 577-4533
Fax: (813) 233-2886
Marie.rives@myfloridalegal.com
Counsel for Defendant
Florida Department of Education

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2020, I electronically filed the foregoing Joint Notice of Mediation with the Clerk of the Court using the CM/ECF system, which will serve to the parties appearing in this matter. I further certify that a copy of the foregoing has been sent by U.S. Mail to: Sandra K. Dressler, 3823 SE 11th Place, Unit 1, Cape Coral, Florida 33904; knowwits@earthlink.net.

`/s/ M. Rives`

Marie T. Rives.
Senior Assistant Attorney General

cc: Hilary High, P.A.