UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

    Plaintiff,

v.                                                                Case No: 2:18-cv-311-JES-MRM

U.S. DEPARTMENT OF EDUCATION, BETSY DEVOS, in her official capacity as Secretary of the U.S. Department of Education, FLORIDA DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., EDUCATION CREDIT MANAGEMENT CORPORATION, PIONEER CREDIT RECOVERY, INC., EQUIFAX INC., EQUIFAX INFORMATION SERVICES, LLC, DOES 1-10, and NAVIENT SOLUTIONS, LLC,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court on review of the file.  On May 4, 2018, plaintiff filed a Verified Complaint (Doc. #1), and summonses were issued.  Defendants U.S. Department of Education and Betsy Devos were served by service on the agency in Washington, DC, and the Affidavits of the Process Server were filed.  (Docs. ##46, 48.)  There is nothing on the record to reflect that any

other persons were served as these two defendants[1], including the U.S. Attorney's Office, and no appearances have been entered as to these two defendants.  Plaintiff will be required to show cause, or cure the defective service within a reasonable amount of time.

---

[1] **(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.**

**(1)** *United States.* To serve the United States, a party must:

**(A)(i)** deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

**(ii)** send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

**(B)** send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

**(C)** if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

**(2)** *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i).

Fed. R. Civ. P. 4(i)(4). If plaintiff does not cure defective service within the provided time period, the Court will dismiss these defendants for failure to prosecute. If plaintiff no longer wishes to pursue these defendants, she shall notify the Court by filing a notice of voluntary dismissal.

On February 4, 2021, a Mediation Report was filed indicating a resolution of the case as to defendants Navient Corporation, Navient Solutions, LLC, Pioneer Credit Recovery, Inc., Equifax, Inc., and Equifax Information Services, LLC. The Court anticipates dismissal papers to be filed as to these defendants. The case otherwise remains pending as to the Florida Department of Education, and Education Credit Management Corporation[2].

Plaintiff also names the yet to be identified Does 1-10. The Court will provide an opportunity for plaintiff to identify the Does through discovery, and serve defendants. Under the FCRA Fast-Track Scheduling Order, a FCRA Fast-Track Case Management Report was due to be filed by December 1, 2020. (Doc. #131.) The case cannot proceed without the Case Management Report.

Accordingly, it is now

**ORDERED:**

---

[2] This defendant filed a Motion for Judgment on the Pleadings (doc. #141) on February 11, 2021.

1. Plaintiff shall show cause for failure to prosecute, or cure service upon the U.S. Department of Education and Betsy Devos, within **FOURTEEN (14) DAYS** of this Order.

2. The parties shall file stipulations for dismissal within **FOURTEEN (14) DAYS** of this Order for any settled claims.

3. The remaining parties shall meet and confer for the filing of a FCRA Fast-Track Case Management Report[3] within **THIRTY (30) DAYS** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of February, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record
DCCD

---

[3] A revised form is available under the Forms Tab on the undersigned's webpage: https://www.flmd.uscourts.gov/judges/john-steele.