UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

    Plaintiff,

v.                            Case No:   2:18-cv-311-JES-MRM

U.S. DEPARTMENT OF EDUCATION, BETSY DEVOS, in her official capacity as Secretary of the U.S. Department of Education, FLORIDA DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., EDUCATION CREDIT MANAGEMENT CORPORATION, PIONEER CREDIT RECOVERY, INC., EQUIFAX INC., EQUIFAX INFORMATION SERVICES, LLC, DOES 1-10, and NAVIENT SOLUTIONS, LLC,

    Defendants.

## **ORDER**

This matter comes before the Court on plaintiff's Notice of Dismissal of Parties (Doc. #144) and Response to Order to Show Cause (Doc. #145) filed on February 25, 2021, in response to the Court's Order to Show Cause (Doc. #142). The Court directed plaintiff to file a stipulation for dismissal of settled claims, to show cause or cure service on the two federal government defendants, and for the remaining parties to file a FCRA Fast-Track Case Management Report. (Doc. #142.)

Plaintiff seeks dismissal of Does 1-10. These defendants will be dismissed. Plaintiff responds that a Case Management Report was filed in June 2020, and so the case can proceed. Unfortunately, the form was filed before the implementation of the revised Local Rules (effective February 1, 2021), and before issuance of the FCRA Fast-Track Scheduling Order requiring an expedited process. The case has only now reached the point where discovery will commence, but after the form is filed and a Case Management and Scheduling Order is issued.

Accordingly, it is hereby

**ORDERED**:

1. Pursuant to the Notice of Dismissal of Parties (Doc. #144), defendants Does 1-10 are dismissed without prejudice. The Clerk shall terminate these defendants as parties.

2. The parties must file the FCRA Fast-Track Case Management Report as directed.

**DONE and ORDERED** at Fort Myers, Florida, this ___26th___ day of February, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Plaintiff
Counsel of Record