UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA DRESSLER

Plaintiff,

CASE NO.: 2:18-CV-311-JES-MRM

v.

U.S. DEPARTMENT OF EDUCATION;
BETSY DEVOS, in her official capacity as
Secretary of the U.S. Department of Education;
FLORIDA DEPARTMENT OF
EDUCATION; NAVIENT CORPORATION;
NAVIENT SOLUTIONS, LLC.;
EDUCATION CREDIT MANAGEMENT
CORPORATION; PIONEER CREDIT
RECOVERY, INC.; EQUIFAX, INC.;
EQUIFAX INFORMATION SERVICES,
LLC.; and Does 1-10,

　　Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Sandra Dressler, and Defendants Equifax Inc. and Equifax Information Services LLC, that the above-titled action is hereby dismissed with prejudice against Defendants Equifax Inc. and Equifax Information Services LLC. Each party will bear their own costs and attorney's fees.

68389263v.1

Dated: February 26, 2021

SANDRA DRESSLER

By:/s/ *Sandra Dressler*

Sandra Dressler
3823 SE 11th Place, Unit 1
Cape Coral, FL 33904

*Pro Se Plaintiff*

SEYFARTH SHAW LLP

By:/s/ *Tonya M. Esposito*

Tonya M. Esposito (FL Bar No. 0118369)
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 828-5356
Facsimile: (202) 641-9228
tesposito@seyfarth.com

*Attorneys for Defendants*
*EQUIFAX INC. and EQUIFAX*
*INFORMATION SERVICES LLC*

68389263v.1

## CERTIFICATE OF SERVICE

I certify that on March 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all attorneys of record and via mail to:

Sandra K. Dressler
3823 SE 11th Place, Unit 1
Cape Coral, FL 33904
Pro Se Plaintiff

By /s/ Tonya M. Esposito
*Attorney for Defendants Equifax Inc.*
*and Equifax Information Services LLC*
