```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

SANDRA K. DRESSLER,

    Plaintiff,

v.                            Case No: 2:18-cv-311-JES-MRM

U.S. DEPARTMENT OF
EDUCATION, BETSY DEVOS, in
her official capacity as
Secretary of the U.S.
Department of Education,
FLORIDA DEPARTMENT OF
EDUCATION, NAVIENT
CORPORATION, NAVIENT
SOLUTIONS, INC., EDUCATION
CREDIT MANAGEMENT
CORPORATION, PIONEER CREDIT
RECOVERY, INC., EQUIFAX
INC., EQUIFAX INFORMATION
SERVICES, LLC, and NAVIENT
SOLUTIONS, LLC,

    Defendants.

---

## ORDER

This matter comes before the Court on plaintiff and defendants Equifax Inc. and Equifax Information Services, LLC's Stipulation of Dismissal With Prejudice (Doc. #148), filed March 1, 2021. The parties have agreed to a dismissal of defendants Equifax Inc. and Equifax Information Services, LLC only.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendants Equifax Inc. and Equifax Information Services, LLC are **dismissed** with prejudice, with each party to bear their own attorney's fees and costs. Finding no just cause for delay, the Clerk shall enter judgment accordingly and terminate these defendants on the docket.

**DONE and ORDERED** at Fort Myers, Florida, this ___1st___ day of March, 2021.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record