UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SANDRA K. DRESSLER,**

    *Plaintiffs*,

v.                                            No. 2:18-cv-311-JES-MRM

**U.S. DEPARTMENT OF EDUCATION, ET AL,**

    *Defendants*.

---

## FCRA FAST TRACK CASE MANAGEMENT REPORT

The parties agree to these dates and discovery plan under Federal Rule of Civil Procedure 26:

| DEADLINE | AGREED DATE |
|---|---|
| **Disclosure Statements Complete**<br>[Due upon a party's first appearance] | ☒ Plaintiff filed on 10/4/2018<br>☒ Defendant filed on 6/19/2018 |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1).<br>[14 days after the parties' Rule 26(f) conference or for parties joined or served later, 30 days after being served or joined] | ☒ Exchanged<br>☐ To be exchanged by Select Date |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021).<br>[4 months before the meeting to prepare the joint final pretrial statement] | 6/18/2021 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. | 7/19/2021 |

| DEADLINE | AGREED DATE |
|---|---|
| [The Court REQUIRES at least 3 months before the meeting to prepare the joint final pretrial statement] | |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a).<br>[3 weeks before the Final Pretrial Conference] | 11/19/2021 |
| Deadline for filing any motion in limine.<br>[16 days before the Final Pretrial Conference] | 11/30/2021 |
| Deadline for filing joint proposed jury instructions and verdict form, s*ee* Eleventh Circuit Pattern Jury Instructions, and joint final pretrial statement, s*ee* Local Rule 3.06(b).<br>[14 days before the Final Pretrial Conference. The parties are authorized to e-mail the joint instructions and/or verdict form to chambers in Word format] | 12/3/2021 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b).<br>[The date that corresponds with the trial term as set forth on the district judge's webpage or, for a trial date certain, one week prior to trial] | 12/17/2021 |
| Month of the trial term or, if all parties consent to a magistrate judge, the month and day of the first day of trial.<br>[13 months after the first appearance of any defendant] | January 2022 |

| | |
|---|---|
| The trial will last approximately 1 days and be<br>☒ by a jury.<br>☐ by the judge. | |
| All Parties Consent to the Assigned Magistrate Judge | ☐ For all purposes, including trial, the entry of the final judgment, and all post-trial proceedings<br><br>☐ For some purposes like class certification, summary judgment, *Daubert*, or jury selection (please specify): Click or tap here to enter text.<br><br>☒ For no other purpose beyond authority granted by statute, rule, and referral |
| All Parties Request a Settlement Conference with a Magistrate Judge | ☐ Yes<br>☐ No<br>☒ Likely to Request in Future |
| Notice of a Related Action Complete and filed as a separate docket entry[1] | ☒ Yes<br>☐ No related cases |

Date: 3/16/2021

Signature of Counsel or Pro Se Litigant:

/s/ Sandra K. Dressler
Sandra K. Dressler
3823 SE 11th Place, Unit 1
Cape Coral, FL 33904
239-745-0032
*Plaintiff, In Pro Per*

/s/Richard B. Weinman
Richard B. Weinman, Esq.
Florida Bar No.: 0231370
WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789
407-423-4246
*Counsel for Defendant, ECMC*

---

[1] A Notice of a Related Action form is available on the assigned judge's webpage.

*/s/ M. Rives*
Marie T. Rives, Assistant Attorney General
Florida Bar No. 0441937
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
813-577-4533
marie.rives@myfloridalegal.com
*Counsel for Defendant, FLORIDA DEPARTMENT OF EDUCATION*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, and via U.S. Mail to: Sandra K. Dressler, 3823 SE 11th Place, Unit 1, Cape Coral, Florida 33904.

                                                 */s/Richard B. Weinman*
                                                 Richard B. Weinman, Esq.
                                                 Florida Bar No.: 0231370