UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

    Plaintiff,

v.                           Case No.:  2:18-cv-311-JES-MRM

U.S. DEPARTMENT OF
EDUCATION, BETSY DEVOS,
FLORIDA DEPARTMENT OF
EDUCATION, NAVIENT
CORPORATION, NAVIENT
SOLUTIONS, INC., EDUCATION
CREDIT MANAGEMENT
CORPORATION, PIONEER
CREDIT RECOVERY, INC. and
NAVIENT SOLUTIONS, LLC,

    Defendants.

| | | | |
|---|---|---|---|
| **Judge:** | Mac R. McCoy | **Pro Se Plaintiff** | Sandra Dressler |
| **Deputy Clerk:** | Jackie Clay | **Counsel for Defendant:** | Marie Rives<br>Richard Weinman |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | April 14, 2021<br>11:34 AM-12:04PM | **Total Time** | 30 Minutes |

**Preliminary Pretrial Conference**

Court discussed case management and scheduling deadlines and other issues regarding case management.

Court to enter an order regarding stipulation from the plaintiff about dismissal of defendants and a deadline to serve the initial disclosures to remaining defendants.

Scheduling Order to issue.