```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

SANDRA K. DRESSLER,

    Plaintiff,

v.	Case No: 2:18-cv-311-JES-MRM

U.S. DEPARTMENT OF EDUCATION, BETSY DEVOS, in her official capacity as Secretary of the U.S. Department of Education, FLORIDA DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., EDUCATION CREDIT MANAGEMENT CORPORATION, PIONEER CREDIT RECOVERY, INC., and NAVIENT SOLUTIONS, LLC,

    Defendants.

---

## ORDER

This matter comes before the Court plaintiff's Notice of Dismissal of Parties (Doc. #165), filed April 16, 2021. Plaintiff seeks to dismiss all claims against defendant U.S. Department of Education and Betsy Devos, who did not appear in this case. The Court will terminate these defendants as parties.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant U.S. Department of Education and Betsy Devos are deemed **dismissed** without prejudice.  The Clerk shall terminate these defendants on the docket.

**DONE and ORDERED** at Fort Myers, Florida, this ___19th___ day of April, 2021.

```
                              _____
                              JOHN E. STEELE
                              SENIOR UNITED STATES DISTRICT JUDGE
```

Copies:
Counsel of Record