```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

SANDRA K. DRESSLER,

      Plaintiff,

v.                                     Case No: 2:18-cv-311-JES-MRM

U.S. DEPARTMENT OF EDUCATION, BETSY DEVOS, in her official capacity as Secretary of the U.S. Department of Education, FLORIDA DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., EDUCATION CREDIT MANAGEMENT CORPORATION, PIONEER CREDIT RECOVERY, INC., and NAVIENT SOLUTIONS, LLC,

      Defendants.

---

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #164) filed on April 16, 2021. Plaintiff and defendants Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. have agreed to a dismissal of all claims but have also stipulated to the Court retaining jurisdiction to enforce the terms of an undisclosed Settlement Agreement. The Court is not inclined to retain jurisdiction over a settlement that has not been submitted for review, or without an independent basis for jurisdiction.

Accordingly, it is now

**ORDERED**:

The parties may file a memorandum of reasons within **SEVEN (7) DAYS** if they wish the Court to consider retaining jurisdiction. If the parties do not file a memorandum of reasons, the Court will thereafter enter an Order dismissing defendants Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. with prejudice, without retaining jurisdiction and without further notice.

**DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of April, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Plaintiff
Counsel of Record