UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

    Plaintiff,

v.                                    Case No:  2:18-cv-311-JES-MRM

FLORIDA DEPARTMENT OF
EDUCATION, NAVIENT
CORPORATION, NAVIENT
SOLUTIONS, INC., EDUCATION
CREDIT MANAGEMENT
CORPORATION, PIONEER CREDIT
RECOVERY, INC., and NAVIENT
SOLUTIONS, LLC,

    Defendants.

## **ORDER**

On April 19, 2021, the parties were directed to file a memorandum if they wished the Court to retain jurisdiction. (Doc. #167.)  Finding no memorandum filed, the Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. with prejudice, and the Court will not retain jurisdiction to enforce

the settlement.  The Clerk is further directed to terminate these defendants.

**DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of May, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Plaintiff
Counsel of Record