UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

    Plaintiff,

v.                        Case No.:  2:18-cv-311-JES-MRM

FLORIDA DEPARTMENT OF
EDUCATION, NAVIENT
SOLUTIONS, INC. and
EDUCATION CREDIT
MANAGEMENT CORPORATION,

    Defendants.

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Following the Court's 12/03/2021 Order (Doc. 175), the Court enters this Amended Case Management and Scheduling Order:

| DEADLINE | DATE |
|---|---|
| **Plaintiff Rule 26(a)(1) Mandatory Initial Disclosures** | ☒ Exchanged <br> ☐ To be exchanged by |
| **Discovery and Motions to Compel Discovery** | 11/4/2021 |
| **Dispositive and *Daubert* Motions**[1] | 1/7/2022 |
| **Final Pretrial Meeting** | 4/4/2022 |
| **Motions in Limine** | 4/4/2022 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and** | 4/11/2022 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Verdict Form, and Trial Briefs (if applicable)** | |
| **Final Pretrial Conference** | 4/22/2022 |
| **Monthly Trial Term** | 5/2/2022 |
| **Estimated Length of Trial** | 1-3 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the Court's prior scheduling orders remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on December 6, 2021.

_____
Mac R. McCoy
United States Magistrate Judge

Copies to: All Parties of Record

2