UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA K. DRESSLER,

                                                CASE NO.: 2:18-cv-00311-JES-MRM

       Plaintiff,

vs.

FLORIDA DEPARTMENT OF
EDUCATION, EDUCATION CREDIT
MANAGEMENT CORPORATION,

       Defendants.

_____/

**EDUCATION CREDIT MANAGEMENT CORPORATION'S MOTION
TO REMOVE UNREDACTED EXHIBIT FROM THE RECORD
AND REPLACE WITH REDACTED EXHIBIT**

Defendant, Education Credit Management Corporation ("ECMC"), through

counsel, pursuant to Federal Rule of Civil Procedure 5.2, move for the entry of an

order directing the Clerk to remove from the record an exhibit containing personal

data identifiers [D.E. 180-1] and replace it with the redacted exhibits accompanying

this Motion, and in support thereof state as follows:

1.       On January 7, 2022, ECMC's undersigned counsel filed the Motion for

Summary Judgment by Defendant, ECMC (the "MSJ"). See D.E. 180.  Attached as

Exhibit A to the MSJ was the Affidavit of Kerry Klisch (the "Exhibit"). *See* D.E.

180-1.

1

2.      The undersigned realized promptly after filing the Exhibit [D.E. 180-1], however, that it included copies of promissory notes that were not properly redacted in accordance with the Middle District of Florida's CM/ECF Administrative Procedures.[1]

3.      As such, ECMC respectfully requests that the Court enter an order directing the Clerk to replace the previously filed Exhibit, which is in the record at D.E. 180-1, with the redacted version of the same document that accompanies this Motion as Exhibit "A".

DATED this 10th day of January, 2022.

Respectfully submitted,

/s/ Richard B. Weinman
Richard B. Weinman, Esquire
Florida Bar No. 0231370
Winderweedle, Haines, Ward
  & Woodman, P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789
(407) 423-4246
Fax: (407) 645-3728
rweinman@whww.com
*Attorneys for EDUCATIONAL
CREDIT MANAGEMENT
CORPORATION*

---

[1] The undersigned notified this Clerk of this Court (and its Case Administrator) of the error within an hour of filing the Exhibit, and requested its removal. The Generalist Clerk has notified the undersigned that D.E. 180-1 has been sealed pending the filing of this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, and via U.S. Mail and email to: Sandra K. Dressler, 3823 SE 11th Place, Unit 1, Cape Coral, Florida 33904; knowwits@earthlink.net.

*/s/ Richard B. Weinman*
Richard B. Weinman
FBN: 0231370
